UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SPECTRONIC DENMARK A/S, DTC
COMMUNICATIONS, INC. and DOMO, LTD.,

                Plaintiffs,

  - vs -

JIMMI H. HANSEN, Individually,
HENRIK KLEBAEK, Individually, and
KENT MESSERSCHMIDT, Individually, and
COVIDENCE A/S,

                Defendants.

Civil Action No. _____

---

## RULE 7.1.1 DISCLOSURE

Pursuant to Local Rule 7.1.1 of the District of Columbia, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Spectronic Denmark A/C., in the above captioned action, certify that 100% of the stock of Spectronic Denmark A/S, DTC Communications Inc., and Domo, Ltd. is owned by Cobham PLC, which is a publicly-held company traded on the London Stock Exchange. Spectronic Denmark A/S, DTC Communications Inc., and Domo, Ltd. have no other parents, subsidiaries, or affiliates that have issued shares or debt securities to the public.

DATED: Washington, D.C.
          April 7, 2008

McKOOL SMITH LLP

By _/s/ Michael McManus_
Michael G. McManus (Bar No. 493422)
*Attorneys for Plaintiffs Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and DOMO, LTD.*
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344


JAECKLE FLEISCHMANN & MUGEL, LLP
B. Kevin Burke, Jr.
(admission *pro hac vice* pending)
*Attorneys for Plaintiff Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and DOMO, LTD.*
12 Fountain Plaza
Buffalo, New York 14202
Telephone: 716.856.0600
Facsimile: 716.856.0432