# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SPECTRONIC DENMARK A/S,    )
DTC COMMUNICATIONS, INC., and    )
DOMO LTD,    )
    )
    Plaintiffs,    )
    )
    v.    )    Civil Action No. 1:08-cv-0590 (RWR)
    )
COVIDENCE A/S,    )
JIMMI H. HANSEN, Individually,    )
HENRIK KLEBAEK, Individually, and    )
KENT MESSERSCHMIDT, Individually,    )
    )
    Defendants.    )

## MOTION FOR ADMISSION OF B. KEVIN BURKE, JR. *PRO HAC VICE*

Pursuant to Rule 83.2 of the Local Rules of this Court, B. Kevin Burke, Jr., by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Spectronic Denmark A/S, DTC Communications, Inc. and Domo, Ltd., in the above-captioned case. In support of this motion, Mr. Burke provides his declaration, attached as Exhibit A.

A Proposed Order is Attached hereto.

Respectfully submitted on this 8th Day of April, 2008.

**McKOOL SMITH P.C.**

By_____/s/ Michael G. McManus_____
Michael G. McManus (Bar No. 493422)
*Attorneys for Plaintiffs Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and DOMO, LTD.*
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S, | ) | |
| DTC COMMUNICATIONS, INC., and | ) | |
| DOMO, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00590 (RWR) |
| | ) | |
| | ) | |
| JIMMI H. HANSEN, Individually, | ) | |
| HENRIK KLEBAEK, Individually, and | ) | |
| KENT MESSERSCHMIDT, Individually, | ) | |
| COVIDENCE A/S, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for admission of B. Kevin Burke, Jr. *Pro Hac Vice* and supporting declaration, pursuant to Local Rule 83.2(d),

IT IS, this _____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Raymond W. Roberts
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiffs will serve a copy of the Motion for Admission *Pro Hac Vice* of B. Kevin Burke, Jr. and all supporting papers upon the defendants by international mail on April 9, 2008, and will further promptly serve such documents pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 UST 361, TIAS 6638; TIAS 6638; 28 USCA (Appendix following Rule 4 FRCvP); 16 I.L.M. 1339 (1977)).

**McKOOL SMITH P.C.**

By____/s/ Michael G. McManus_____
Michael G. McManus (Bar No. 493422)
*Attorneys for Plaintiffs Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and*
*DOMO, LTD.*
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S,<br>DTC COMMUNICATIONS, INC., and<br>DOMO LTD, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 1:08-cv-0590 (RWR) |
| COVIDENCE A/S,<br>JIMMI H. HANSEN, Individually,<br>HENRIK KLEBAEK, Individually, and<br>KENT MESSERSCHMIDT, Individually, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## DECLARATION OF B. KEVIN BURKE, JR. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, **B. KEVIN BURKE, JR.,** affirm the following to be true under penalty of perjury:

1.    I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.    I am a member of Jaeckle Fleischmann & Mugel, LLP, counsel to plaintiffs Spectronic Denmark A/S, DTC Communications, Inc. and Domo, Ltd. in this matter. My office address is 12 Fountain Plaza, Buffalo, New York 14202.  My business telephone number is (716) 856-0600.

3.    I am a licensed attorney in good standing with the New York State Supreme Court, the United States District Courts for the Western, Northern and Southern Districts of New York and the United States Court of Appeals for the Federal Circuit.

4.    I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2008, at Buffalo, New York

B. Kevin Burke, Jr.
12 Fountain Plaza
Buffalo, New York  14202
Telephone: 716.856.0600
Facsimile: 716.856.0432

2