IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S,<br>DTC COMMUNICATIONS, INC., and<br>DOMO, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMI H. HANSEN, Individually,<br>HENRIK KLEBAEK, Individually, and<br>KENT MESSERSCHMIDT, Individually,<br>COVIDENCE A/S,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-0590<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

  Plaintiffs Spectronic Denmark A/S ("Spectronic"), DTC Communications, Inc ("DTC"), and Domo, Ltd. ("Domo") (collectively the "plaintiffs") hereby submit the attached Proposed Orders granting Plaintiffs' Motion for Temporary Restraining Order and granting Plaintiffs' Motion for Preliminary Injunction and their Local Rule 65.1 Certification which were inadvertently omitted from Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction.

**McKOOL SMITH P.C.**

By      /s/ Michael G. McManus
Michael G. McManus (Bar No. 493422)
*Attorneys for Plaintiffs Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and*
*DOMO, LTD.*
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344


**JAECKLE FLEISCHMANN & MUGEL, LLP**
B. Kevin Burke, Jr.
(admission *pro hac vice* pending)
*Attorneys for Plaintiff Spectronic Denmark A/S,*
*DTC COMMUNICATIONS, INC., and*
*DOMO, LTD.*
12 Fountain Plaza
Buffalo, New York  14202
Telephone: 716.856.0600
Facsimile: 716.856.0432

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S, <br> DTC COMMUNICATIONS, INC., and <br> DOMO, LTD., <br><br> Plaintiff, <br><br> v. <br><br> JIMMI H. HANSEN, Individually, <br> HENRIK KLEBAEK, Individually, and <br> KENT MESSERSCHMIDT, Individually, <br> COVIDENCE A/S, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:08-cv-0590 |

**TEMPORARY RESTRAINING ORDER**

WHEREAS, the Court has considered the Verified Complaint, Plaintiffs' Spectronic Denmark A/S, DTC Communications, Inc. and Domo Ltd. (collectively, "Spectronic") Application for a Temporary Restraining Order, the Memorandum of Law submitted in support thereof, and the Affidavit of Christian T. Moestrup, and the Court has found that, absent such an interim order, Plaintiff will suffer immediate and irreparable harm before a hearing can be had on Plaintiff's Motion for Preliminary Injunction, in that there is a substantial likelihood that Defendant will exhibit and offer for sale a security device sold under the name "Oculus" that embodies certain proprietary technology owned and held as confidential business information by Spectronic, thus, resulting in the disclosure of such proprietary information; there is a substantial likelihood that Spectronic will prevail on the merits; an injunction will not substantially

injure Defendants; and further that an order of limited duration should be entered in order to preserve the *status quo*, and

WHEREAS, the Court is of the opinion that the temporary restraining order should be issued; NOW, THEREFORE, IT IS ORDERED THAT:

1. The Defendant is enjoined from exhibiting, displaying or offering for sale its "Oculus" recorder device within the United States.

2. The Temporary Restraining Order will remain in full force and effect through and including a hearing before this Court on Spectronic's request for the entry of a preliminary injunction.

3. This Order is conditioned upon Spectronic giving security on or before April \_\_\_\_, 2008, at 5:00 p.m. by filing a bond in the amount of _____ Dollars for such costs as may be incurred by Defendants if they are found to have been wrongfully restrained.

Dated: Washington, D.C.

April \_\_\_\_\_, 2008

_____ AM/PM

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SPECTRONIC DENMARK A/S, ) <br> DTC COMMUNICATIONS, INC., and ) <br> DOMO, LTD., ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JIMMI H. HANSEN, Individually, ) <br> HENRIK KLEBAEK, Individually, and ) <br> KENT MESSERSCHMIDT, Individually, ) <br> COVIDENCE A/S, ) <br> ) <br>         Defendants. ) | Civil Action No. 1:08-cv-0590 |

**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION**
**SHOULD NOT ISSUE AND ORDER OF NOTICE**

Upon the Verified Complaint, Plaintiffs' Spectronic Denmark A/S, DTC Communications, Inc. and Domo Ltd. (collectively, "Spectronic") Application for a Preliminary Injunction, the Memorandum of Law submitted in support thereof, and the Affidavit of Christian T. Moestrup,, and sufficient cause appearing therefor, it is:

ORDERED that Defendants Jimmi H. Hansen, Henrik Klebaek and Kent Messerschmidt and Covidence A/S show cause before this Court in Courtroom _____, United States District Courthouse for the District of Columbia, on the \_\_\_\_ day of April, 2008 at _____M., or as soon thereafter as counsel may be heard, why an order should not be entered herein pursuant to Rule 65(a) of the Federal Rules of Civil Procedure granting the injunctive relief prayed for in the Plaintiff's Motion for a Preliminary Injunction, and it is further ORDERED, that service or delivery of copies of this order, together with the papers submitted in support hereof, to Defendants or their attorneys, by

hand, facsimile, email or overnight delivery service, by \_\_\_\_ M. on April \_\_\_, 2008, shall be deemed good and sufficient service.

Dated: April \_\_\_\_, 2008

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S, <br> DTC COMMUNICATIONS, INC., and <br> DOMO LTD, <br> <br> Plaintiffs, <br> <br> v. <br> <br> JIMMI H. HANSEN, Individually, <br> HENRIK KLEBAEK, Individually, and <br> KENT MESSERSCHMIDT, Individually, <br> COVIDENCE A/S, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:08-cv-0590 (RWR) |

**RULE 65.1 CERTIFICATION REGARDING NOTICE TO DEFENDANT**

Pursuant to Local Rule 65.1 of the United States District Court for the District of Columbia, the undersigned counsel for Plaintiff Spectronic Denmark A/S ("Spectronic"), DTC Communications, Inc ("DTC"), and Domo, Ltd. ("Domo") (collectively the "plaintiffs") hereby certifies as to the efforts made by counsel to provide Defendant with notice of Plaintiff's application for a temporary restraining order:

1. On April 8, 2008, at approximately 3:00 p.m. Eastern Time, Plaintiffs' counsel attempted to send copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by facsimile from this office to the facsimile number (+45 88 80 90 01) listed on Covidence A/S' internet web page (www.covidence.dk). Such efforts were unsuccessful.

2.     On April 8, 2008, at 3:58 p.m. Eastern Time, Plaintiffs' counsel sent copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by electronic mail to the address listed on Covidence A/S' internet web page (info@covidence.dk).

Dated: April 8, 2008                         Respectfully Submitted,


                                             /s/ Michael G. McManus
                                             Michael G. McManus (Bar No. 493422)
                                             McKool Smith, P.C.
                                             1700 K Street, NW
                                             Suite 740
                                             Washington, D.C. 20006
                                             Telephone: 202.370.8301
                                             Facsimile: 202.370.8344


                                             **JAECKLE FLEISCHMANN & MUGEL, LLP**
                                             B. Kevin Burke, Jr.
                                             (admission *pro hac vice* pending)
                                             12 Fountain Plaza
                                             Buffalo, New York  14202
                                             Telephone: 716.856.0600
                                             Facsimile: 716.856.0432

                                             *Attorneys for Plaintiff Spectronic Denmark A/S, DTC COMMUNICATIONS, INC., and DOMO, LTD.*