IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, <br> DTC COMMUNICATIONS, INC., and <br> DOMO, LTD., <br>           Plaintiff, <br> v. <br> JIMMI H. HANSEN, Individually, <br> HENRIK KLEBAEK, Individually, and <br> KENT MESSERSCHMIDT, Individually, <br> COVIDENCE A/S, <br>           Defendants. | Civil Action No. 1:08-cv-0590 |

**MOTION TO FILE EXHIBITS UNDER SEAL**

Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332(a)(2), Spectronic Denmark A/S, DTC Communications, Inc. and Domo, Ltd. (Collectively, the "Plaintiffs") have filed a complaint against Jimmi H. Hansen, Henrik Klebaeck. Kent Messerschmidt and Covidence A/S for breach of a non-disclosure agreement, violation of the Lanham Act, violation of the Computer Fraud and Abuse Act and for numerous other causes of action.

Plaintiffs allege that the individual defendants, each former employees of Plaintiff Spectronic A/S, and their current employer Defendant Covidence A/S, have improperly made use of Plaintiffs' proprietary data. As a consequence of the nature of the Defendants' conduct, certain Attachments to the Complaint necessarily disclose confidential proprietary information. Specifically, Exhibits 5-8, 11-18 and 20-31 contain confidential proprietary information.

In accordance with Local Civil Rule 5.1(j), the Plaintiffs move the Court to Seal Exhibits 5-8, 11-18 and 20-31 to the Complaint. These documents are filed in a securely sealed envelope that is conspicuously marked "DOCUMENT UNDER SEAL."

A proposed order is attached.

DATED:   Washington, D.C.
         April 9, 2008

                            **McKOOL SMITH P.C.**

                            By     /s/ Michael G. McManus
                            Michael G. McManus (Bar No. 493422)
                            *Attorneys for Plaintiffs Spectronic Denmark A/S,*
                            *DTC COMMUNICATIONS, INC., and DOMO, LTD.*
                            1700 K Street, NW
                            Suite 740
                            Washington, D.C. 20006
                            Telephone: 202.370.8301
                            Facsimile: 202.370.8344


                            **JAECKLE FLEISCHMANN & MUGEL, LLP**
                            B. Kevin Burke, Jr.
                            (admission *pro hac vice* pending)
                            *Attorneys for Plaintiff Spectronic Denmark A/S,*
                            *DTC COMMUNICATIONS, INC., and DOMO, LTD.*
                            12 Fountain Plaza
                            Buffalo, New York  14202
                            Telephone: 716.856.0600
                            Facsimile: 716.856.0432

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, ) <br> DTC COMMUNICATIONS, INC., and ) <br> DOMO, LTD., ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JIMMI H. HANSEN, Individually, ) <br> HENRIK KLEBAEK, Individually, and ) <br> KENT MESSERSCHMIDT, Individually, ) <br> COVIDENCE A/S, ) <br> ) <br>       Defendants. ) | Civil Action No. 1:08-cv-0590 |

**ORDER**

Plaintiffs Spectronic Denmark A/S, DTC Communications, Inc. and Domo, Ltd. have moved to seal Confidential Exhibits 5-8, 11-18 and 20-31 to the Complaint. Upon consideration thereof,

IT IS ORDERED THAT the motion is granted.

_____
United States District Judge

Date:_____

## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiffs served a copy of the Motion to File Exhibits Under Seal. and all supporting papers upon the defendants by international mail on April 9, 2008, and will further promptly serve such documents pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 UST 361, TIAS 6638; TIAS 6638; 28 USCA (Appendix following Rule 4 FRCvP); 16 I.L.M. 1339 (1977)).

McKOOL SMITH P.C.

By   /s/ Michael G. McManus
Michael G. McManus (Bar No. 493422)
*Attorneys for Plaintiffs Spectronic Denmark A/S, DTC COMMUNICATIONS, INC., and DOMO, LTD.*
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344