CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S ET AL. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) ) | Civil Case Number 08-590 (PLF) |
| JIMMI H. HANSEN ET AL. | ) ) ) | Category   D |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 9, 2008 from Judge Richard W. Roberts to Judge Paul L. Friedman by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Friedman & Courtroom Deputy
Judge Roberts & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk