**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SPECTRONIC DENMARK A/S, )<br>DTC COMMUNICATIONS, INC., and )<br>DOMO LTD., )<br>   )<br>             Plaintiffs, )<br>   )<br>   v. )<br>   )<br>JIMMI H. HANSEN, Individually, )<br>HENRIK KLEBAEK, Individually, and )<br>KENT MESSERSCHMIDT, Individually, )<br>COVIDENCE A/S, )<br>   )<br>         Defendants. ) | Civil Action No. 1:08-cv-0590 (PLF) |

**AMENDED RULE 65.1 CERTIFICATION**
**REGARDING NOTICE TO DEFENDANTS**

Pursuant to Local Rule 65.1 of the United States District Court for the District of

Columbia, the undersigned counsel for Plaintiff Spectronic Denmark A/S ("Spectronic"), DTC

Communications, Inc. ("DTC"), and Domo, Ltd. ("Domo") (collectively the "Plaintiffs") hereby

certifies as to the efforts made by counsel to provide Defendants with notice of Plaintiffs'

application for a temporary restraining order:

    1.     On April 8, 2008, at approximately 3:00 p.m. Eastern Time, Plaintiffs' counsel

attempted to send copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING

ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN

SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND

PRELIMINARY INJUNCTION by facsimile from this office to the facsimile number

(+45 88 80 90 01) listed on Covidence A/S' internet web page (www.covidence.dk).  Such

efforts were unsuccessful.

2.      On April 8, 2008, at 3:58 p.m. Eastern Time, Plaintiffs' counsel sent copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by electronic mail to the address listed on Covidence A/S' internet web page (info@covidence.dk).

3.      On April 9, 2008, Plaintiffs' counsel sent copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by international Federal Express (reference number 94688-086607) to the Danish Ministry of Justice, Slotsholmsgade 10, Copenhagen, Denmark pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters.  These copies were received by the Ministry of Justice and signed for by "B. Mathiasen" on April 11, 2008 at 2:01 p.m.

4.      On April 10, 2008, at 5:46 p.m. Eastern Time, Plaintiffs' counsel sent copies of PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by electronic mail to attorney Allan O. Anderson, the attorney who represented the Defendants in Case No. FS 40-4556/2007 in the District Court of Randers, referenced in the Verified Complaint at paragraph 130 and Exhibit 32.  An electronic message automatically sent from Mr. Robinson's electronic mail address (aa@zacher-andersen.dk) indicated that these materials were received and read on April 11, 2008 at 3:01 a.m. Eastern Time.

5.      On April 10, 2008 at 6:25 p.m. Eastern Time, Plaintiffs' counsel sent copies of

PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY

INJUNCTION and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION

FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by

electronic mail to each of the three individual Defendants at their addresses listed on the

Covidence internet web page (jmh@covidence.dk, hkl@covidence.dk and kme@covidence.dk).

Electronic messages generated from each of these three electronic mail accounts indicate that the

delivery attempted by Plaintiffs' counsel was successful in all three instances and that the

attachments sent to the electronic mail account of Kent Messerschmidt were opened by someone

with access to Mr. Messerschmidt's electronic mail account on April 11, 2008 at 9:53 a.m.

Eastern Time.


Dated:  April 11, 2008                              Respectfully Submitted,

                                                       /s/ Michael G. McManus
                                                   Michael G. McManus (Bar No. 493422)
                                                   McKool Smith, P.C.
                                                   1700 K Street, NW
                                                   Suite 740
                                                   Washington, D.C.  20006
                                                   Telephone:  202.370.8301
                                                   Facsimile:  202.370.8344


                                                   **JAECKLE FLEISCHMANN & MUGEL, LLP**
                                                   B. Kevin Burke, Jr.
                                                   (admission *pro hac vice* pending)
                                                   12 Fountain Plaza
                                                   Telephone:  716.856.0600
                                                   Facsimile:  716.856.0432

                                                   *Attorneys for Plaintiff Spectronic Denmark*
                                                   *A/S, DTC COMMUNICATIONS, INC., and*
                                                   *DOMO, LTD.*

858673