UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SPECTRONIC DENMARK A/S, *et al.*,           )
                                            )
      Plaintiffs,                         )
                                            )
      v.                                  )   Civil Action No. 08-590 (PLF)
                                            )
JIMMI H. HANSEN, *et al.*,                  )
                                            )
      Defendants.                         )
_____)

## ORDER

A hearing on plaintiffs' motion for a temporary restraining order and preliminary injunction is hereby set for April 22, 2008, at 10:00 a.m. in Courtroom 29A. Plaintiffs shall make a good faith effort to advise the defendants of the date and time of this hearing, and shall file a certification describing their efforts on or before April 21, 2008. In addition, plaintiffs shall submit to the Court a proposed Order for use in the event the Court grants plaintiffs' motion – and setting forth specifically the nature of the relief sought – on or before April 21, 2008. Finally, as no live testimony will be permitted at the hearing, all affidavits and declarations that the parties wish the Court to consider must be filed on or before April 21, 2008.

At the hearing, counsel for the plaintiffs should be prepared to discuss the issue of adequate security in the event that the Court decides to grant plaintiffs' motion. See FED. R. CIV. P. 65(c).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: April 17, 2008                      United States District Judge