IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  No. 1:05-CV-00590 (PLF)<br>) |
| v. | )<br>) |
| JIMMI M. HANSEN, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## ENTRY OF APPEARANCE

Please be advised that Steven K. Davidson and John F. O'Connor of Steptoe & Johnson LLP hereby enter their appearance as counsel of record for all Defendants in the above-captioned action.

Respectfully submitted,

*/s/  John F. O'Connor*

_____
Steven K. Davidson (D.D.C. Bar No. 407137)
John F. O'Connor (D.D.C. Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
sdavidso@steptoe.com
joconnor@steptoe.com