## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S,<br>DTC COMMUNICATIONS, INC., and<br>DOMO, LTD.,      ) )<br><br>     Plaintiffs,    )<br><br>     v.    )<br><br>JIMMI H. HANSEN, Individually,<br>HENRIK KLEBAEK, Individually, and<br>KENT MESSERSCHMIDT, Individually,<br>COVIDENCE A/S,    )<br><br>     Defendants.    ) | Civil Action No. 1:08-cv-0590 (RWR)<br><br>**NOTICE OF APPEARANCE AND<br>DESIGNATION OF LEAD COUNSEL** |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of the undersigned as the designated lead counsel on behalf of Plaintiffs Spectronic Denmark A/S, DTC Communications, Inc., and Domo, Ltd. in the above-captioned matter. The undersigned is a member in good standing of this Court and has registered to received electronic copies of all filings and notices with this Court's CM/ECF system.

Michael G. McManus of McKool Smith LLP shall continue to remain as attorney to be noticed pursuant to the Court's ECF system and shall continue to remain counsel of record for the Plaintiffs.

Dated:    Buffalo, New York
          April 18, 2008

                              Respectfully submitted,

                              **JAECKLE FLEISCHMANN & MUGEL, LLP**


                              By    /s/ B. Kevin Burke, Jr.
                                    B. Kevin Burke, Jr. (admitted *pro hac vice*)
                              *Attorneys for Plaintiff Spectronic Denmark A/S,*
                                 *DTC COMMUNICATIONS, INC., and*
                                 *DOMO, LTD.*
                              12 Fountain Plaza
                              Buffalo, New York  14202
                              kburke@jaeckle.com
                              Telephone: 716.856.0600
                              Facsimile: 716.856.0432

                              **McKOOL SMITH LLP**
                              Michael G. McManus (Bar No. 493422)
                              *Attorneys for Plaintiffs Spectronic Denmark A/S,*
                                 *DTC COMMUNICATIONS, INC., and*
                                 *DOMO, LTD.*
                              1700 K Street, NW
                              Suite 740
                              mmcmanus@mckoolsmith.com
                              Washington, D.C. 20006
                              Telephone: 202.370.8301
                              Facsimile: 202.370.8344