IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | ) |
| Plaintiffs, | ) No. 1:08-CV-00590 (PLF) |
| v. | ) |
| JIMMI M. HANSEN, *et al.*, | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Covidence A/S states that it has no corporate parents, subsidiaries, or affiliates which, to the knowledge of counsel, have any outstanding securities in the hands of the public.

Respectfully submitted,

*/s/  John F. O'Connor*
_____
Steven K. Davidson (D.D.C. Bar No. 407137)
John F. O'Connor (D.D.C. Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
sdavidson@steptoe.com
joconnor@steptoe.com

*Attorneys for Defendants*