UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SPECTRONIC DENMARK A/S, <br> DTC COMMUNICATIONS, INC., and <br> DOMO LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JIMMI H. HANSEN, Individually, <br> HENRIK KLEBAEK, Individually, and <br> KENT MESSERSCHMIDT, Individually, <br> COVIDENCE A/S, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-0590 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

This matter came on for a hearing on plaintiff's motion for a temporary restraining order and preliminary injunction today, April 22, 2008, at 10:00 a.m. The parties agreed that the Court should treat the matter as a motion for a preliminary injunction. The Court carefully considered the papers filed by both sides, including the verified complaint and the various declarations and affidavits, as well as the oral arguments of counsel in open court.

In the affidavit filed by defendant Jimmi H. Hansen, Mr. Hansen stated under oath that the defendants would abide by the terms of a limited injunction issued by a court in Denmark, and defendants' counsel specifically represented that while in the United States defendants would not violate the terms of that court order with respect to four named United

States companies about which plaintiffs are most concerned. In view of the foregoing, and for the reasons stated in open court, plaintiffs' motion for a preliminary injunction is hereby DENIED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: April 22, 2008