UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
SPECTRONIC DENMARK A/S,            )
DTC COMMUNICATIONS, INC., and      )
DOMO LTD.,                         )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )   Civil Action No. 08-0590 (PLF)
                                   )
JIMMI H. HANSEN, Individually,     )
HENRIK KLEBAEK, Individually, and  )
KENT MESSERSCHMIDT, Individually,  )
COVIDENCE A/S,                     )
                                   )
        Defendants.                )
_____)

ORDER

Upon consideration of defendants' April 29, 2008 letter to the Court, defendants' attention is directed to Local Civil Rule 5.1(b) which states:

> Except when requested by a judge, correspondence shall not be directed by the parties or their attorneys to a judge, nor shall papers be left with or mailed to a judge for filing.

LCvR 5.1(b).  In order for the Court to consider any future matter in connection with this case, the parties are directed to submit the matter through proper procedures for filing documents.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 30, 2008