IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | ) | |
| Plaintiffs, | ) | No. 1:08-CV-00590 (PLF) |
| v. | ) | |
| JIMMI M. HANSEN, *et al.*, | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

On May 2, 2008, Defendants filed their Motion for Sanctions [Dkt. #16] in the above-captioned matter.  Prior to the filing of that motion, the parties conferred and agreed to a briefing schedule for this motion, and therefore submit this stipulation and request that the Court enter an order adopting the parties' proposed briefing schedule.  The parties stipulate as follows:

1. Plaintiffs' opposition to Defendants' Motion for Sanctions shall be filed on or before May 16, 2008.

2. Defendants' reply in support of their Motion for Sanctions shall be filed on or before May 26, 2008.

SO STIPULATED:

/s/ *Michael G. McManus*                                   /s/ *John F. O'Connor*

_____    _____
Michael G. McManus (D.C. Bar No. 493422)   Steven K. Davidson (D.D.C. Bar No. 407137)
McKOOL SMITH P.C.                          John F. O'Connor (D.D.C. Bar No. 460688)
1700 K Street, N.W.                        STEPTOE & JOHNSON LLP
Suite 740                                  1330 Connecticut Avenue, N.W.
Washington, D.C. 20006                     Washington, D.C. 20036
(202) 370-8301 - telephone                 (202) 429-3000 – telephone
(202) 370-8344 - facsimile                 (202) 429-3902 – facsimile

B. Kevin Burke, Jr.                        *Attorneys for Defendants*
JAECKLE FLEISHMANN
   & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202
(716) 856-0600 – telephone
(716) 856-0432 – facsimile

*Attorneys for Plaintiffs*

    SO ORDERED this _____ day of _____, 2008.

                                                      _____
                                                      PAUL L. FRIEDMAN
                                                      UNITED STATES DISTRICT JUDGE