**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMI M. HANSEN, *et al.*,<br><br>Defendants. | No. 1:08-CV-00590 (PLF) |

## DECLARATION OF B. KEVIN BURKE, JR.

B. KEVIN BURKE, JR. declares the following to be true under penalty of perjury pursuant to 28 U.S.C. §1746:

1.      I am a partner in the law firm of Jaeckle Fleischmann & Mugel, LLP, counsel to plaintiffs Spectronic Denmark A/S ("Spectronic"), DTC Communications, Inc. ("DTC") and Domo, Ltd. ("Domo") (collectively "Plaintiffs") in this action against defendants Jimmi M. Hansen ("Hansen"), Henrik Klebaek ("Klebaek"), Kent Messerschmidt ("Messerschmidt") and Covidence A/S ("Covidence") (collectively "Defendants"). As such I am fully familiar with the facts and circumstances set forth herein.

2.      On April 8, 2008, at 3:58 p.m. Eastern Time, Plaintiffs' counsel sent copies of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and the Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Plaintiffs' Papers") by electronic mail to the address listed on Covidence A/S' internet web page (info@covidence.dk).

3.     On April 9, 2008, Plaintiffs' counsel sent copies of Plaintiffs' Papers by International Federal Express to the Danish Ministry of Justice in Copenhagen, Denmark pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. These copies were received by the Ministry of Justice and signed for by "B. Mathiasen" on April 11, 2008 at 2:01 p.m.

4.     On April 10, 2008, at 5:46 p.m. Eastern Time, Plaintiffs' counsel sent copies of Plaintiffs' Papers by electronic mail to Defendants' Danish attorneys (aa@zacher-anderson.dk). An electronic message automatically sent from Defendants' Danish counsel indicated that Plaintiffs' Papers were received and read on April 11, 2008 at 3:01 a.m. Eastern Time.

5.     On April 10, 2008 at 6:25 p.m. Eastern Time, Plaintiffs' counsel sent copies of Plaintiffs' Papers by electronic mail to each of the three individual Defendants at their addresses listed on the Covidence internet web page (jmh@covidence.dk, hkl@covidence.dk and kme@covidence.dk). Electronic messages generated from each of these three electronic mail accounts indicate that the delivery attempted by Plaintiffs' counsel was successful in all three instances and that the attachments sent to the electronic e-mail account of Kent Messerschmidt were opened by someone with access to Mr. Messerschmidt's electronic mail account on April 11, 2008 at 9:53 a.m. Eastern Time.

6.     On April 17, 2008, I received a voicemail message from counsel for Defendants, John O'Connor. Mr. O'Connor's message indicated that his law firm had been retained by Defendants relative to this action.

7.      Within an hour of retrieving Mr. O'Connor's voicemail message, I contacted Mr. O'Connor on Thursday, April 17, 2008 using my mobile phone from my home in Buffalo and advised him that although Plaintiffs had filed several of their exhibits "under seal," I would forward all of the exhibits submitted to the Court directly to Mr. O'Connor.  I also gave Mr. O'Connor my e-mail address and mobile telephone number and told him that he should feel free to use both methods of contacting me at any time, day or night, weekday or weekend.

8.      On Monday, April 21, 2008, I traveled directly from my home in Buffalo, New York to Washington, D.C. in order to appear before this Court on Tuesday morning, April 22, 2008.  I had not heard from Mr. O'Connor since Friday morning, April 18, 2008, at which time he confirmed that he had received all of the exhibits filed as part of Plaintiffs' Papers.

9.      I arrived in Washington, D.C. at approximately 7:00 p.m. Eastern Daylight Time on Monday, April 21, 2008.  At that time, I retrieved a voicemail message on my Buffalo, New York law firm answering machine apparently left by Mr. O'Connor at 12:15 p.m.

10.     In the message he left in my Buffalo office voicemail, Mr. O'Connor claimed that: (1) he had received a translation of the copy of the Danish preliminary injunction Plaintiffs had previously submitted to this Court; and Defendants believed (2) Plaintiffs' description of the Danish proceeding to this Court was misleading; and that (3) unless Plaintiffs agreed to withdraw their preliminary injunction motion *and dismiss the present action;* (4) Defendants would seek sanctions against my clients.  That was the entire voicemail message. There was not an e-mail message sent to me warning of possible sanctions.  There was not a letter sent via e-mail.  There was not a fax sent to either my office of that of Plaintiffs' local

counsel, Michael McManus. Mr. O'Connor did not telephone Mr. McManus after reaching my voicemail in Buffalo.

11.     Approximately two and one-half hours after leaving this voicemail message, and more than four hours prior to attorney Burke's arrival in Washington, D.C. on April 21, Defendants filed their opposition to Plaintiffs' motion for a preliminary injunction.

12.     After Defendants filed their opposition papers asking for an award of sanctions, Mr. O'Connor e-mailed copies of Defendants' papers (including Defendants' request for sanctions) to Mr. McManus and me.

13.     Shortly after retrieving Mr. O'Connor's voicemail message, I logged on to this Court's ECF/CM system and downloaded a copy of the Defendants' opposition papers in this action. I also opened an e-mail attachment from Mr. O'Connor apparently sent approximately five minutes after Mr. O'Connor filed Defendants' opposition papers.

14.     At the time Mr. O'Connor filed Defendants' opposition papers, it was approximately 8:45 p.m. in Denmark. At the time I retrieved Mr. O'Connor's voicemail message and was first able to open either Defendants' opposition papers or Mr. O'Connor's e-mail attachment sent five minutes after the filing of the opposition papers, it was approximately 1:00 a.m., Tuesday morning, April 22 in Denmark.

15.     On Tuesday morning, April 22, I met with a representative of Spectronic and discussed Defendants' threat of sanctions unless Plaintiffs dismissed the entire action and discussed with him our request to present him as a live witness in court.

16.     Attached hereto as **Exhibit A** is a true and accurate copy of an e-mail message sent to me by Mr. O'Connor on Sunday, April 27, 2008 at 8:44 p.m.

17.     Attached hereto as **Exhibit B** is a true and accurate copy of an e-mail sent to me by Mr. O'Connor on Friday, April 25, 2008 at 8:35 p.m.

18.     Following my declaration is the Affidavit of Christian T. Moestrup, sworn to May 16, 2008, together with exhibits annexed thereto, and the Declaration of Lenne Lange Gammelgaard, dated May 16, 2008, together with exhibits annexed thereto.

/s/  B. Kevin Burke, Jr.

_____

B. KEVIN BURKE, JR.

861383

# EXHIBIT A

## B. Kevin Burke, Jr.

| | |
|---|---|
| **From:** | O'Connor, John [joconnor@steptoe.com] |
| **Sent:** | Sunday, April 27, 2008 8:44 PM |
| **To:** | B. Kevin Burke, Jr. |
| **Cc:** | Davidson, Steven |
| **Subject:** | RE: Spectronic v. Covidence |

**Attachments:**    2035319_1.DOC



2035319_1.DOC
(87 KB)

Kevin:

Attached is a proposed letter to the Court.  Please let us know if it is acceptable to Plaintiffs.

Best regards,
John O'Connor


-----Original Message-----
From: B. Kevin Burke, Jr. [mailto:kburke@jaeckle.com]
Sent: Sunday, April 27, 2008 11:18 AM
To: O'Connor, John
Cc: Davidson, Steven
Subject: RE: Spectronic v. Covidence

John:

I suggest that we jointly advise Judge Friedman that my clients' opposition papers will be filed not later than 10 days after the submission of your motion.  Please forward a draft of the letter you referenced in Friday's e-mail to me so that we may submit it as a joint proposal.  Although I will be out of the office in depositions on Monday and Tuesday, I will be able to retrieve my e-mail both evenings and will get back you within 24 hours after you send it.

Regards,

Kevin

B. Kevin Burke, Jr.
Partner
Jaeckle Fleischmann & Mugel, LLP
12 Fountain Plaza
Buffalo, New York   14202-2292
kburke@jaeckle.com
Direct Dial Number:  716.843.3854
Fax Number:  716.856.0432

Jaeckle Fleischmann & Mugel, LLP is a multi-service law firm.  For more information on our practice areas and attorneys, visit www.jaeckle.com.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

# EXHIBIT B

**B. Kevin Burke, Jr.**

| | |
|---|---|
| **From:** | O'Connor, John [joconnor@steptoe.com] |
| **Sent:** | Friday, April 25, 2008 8:35 PM |
| **To:** | B. Kevin Burke, Jr. |
| **Cc:** | Davidson, Steven |
| **Subject:** | RE: Spectronic v. Covidence |

Kevin:

That's really not a reasonable response.  Our hearing was three days ago, and I can't see how you would still have no idea how long it takes to get hearing materials translated into English.  Judge Friedman directed us to get back to him with a proposed briefing schedule on Monday or Tuesday of next week, and we intend to do so.  Frankly, we don't see why you would even need to get timing from your clients on document translation, as those are services that easily could be done here if your clients are unable or unwilling to even respond on the issue over a three-day period.  If there's not an adequate translation service in Buffalo, you might try TransPerfect in Washington, D.C. (202-347-2300).  They can translate from Danish to English pretty much as fast as you want them to go, and they can do it by email.

Fortunately for you, you have a six-hour time difference with your clients, so you have an opportunity to talk to your clients before your depositions start on Monday and Tuesday and it will be right in the middle of their work day.  That's what we had to do when we had to respond to your papers within four days.  I imagine getting a simple time frame on translations would not be nearly so daunting a task.

As Judge Friedman directed, we will respond to him by no later than Tuesday regarding the briefing of a sanctions motion.  Our hope would be that we would have input from Plaintiffs to incorporate in a letter to the Court, but if we don't, we'll simply advise that we've reached out and have not been able to get a response.

Best regards,
John O'Connor


-----Original Message-----
From: B. Kevin Burke, Jr. [mailto:kburke@jaeckle.com]
Sent: Friday, April 25, 2008 7:59 PM
To: O'Connor, John
Subject: RE: Spectronic v. Covidence

John,

I am on the road this afternoon and will be in a deposition all day on Monday and most of Tuesday.  I have not heard back from our client's attorneys regarding the turn-around time for the translation of the transcripts of the December hearing.  I advised the client that time is of the essence and will follow up next week.  I will call you as soon as I have that information.

Kevin

B. Kevin Burke, Jr.
Partner
Jaeckle Fleischmann & Mugel, LLP
12 Fountain Plaza
Buffalo, New York   14202-2292
kburke@jaeckle.com
Direct Dial Number:  716.843.3854
Fax Number:  716.856.0432

Jaeckle Fleischmann & Mugel, LLP is a multi-service law

```
 -----Original Message-----
From:        O'Connor, John [mailto:joconnor@steptoe.com]
Sent: Monday, April 21, 2008 02:51 PM Eastern Standard Time
To:   B. Kevin Burke, Jr.; mmcmanus@McKoolSmith.com
Cc:   Davidson, Steven
Subject:    Spectronic v. Covidence
```

Gentlemen:

Attached please find the papers we filed today in the above-captioned action.

--John O'Connor

<<2035041_1.DOC.pdf>> <<2035272_1.DOC.pdf>> <<covidence042108.pdf>>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPECTRONIC DENMARK A/S,     )
DTC COMMUNICATIONS, INC., and   )
DOMO, LTD,                       )
                                   )
          Plaintiffs,         )
                                   )
    v.                       )     Civil Action No. 08-CV-590 (PLF)
                                   )
                                   )     **AFFIDAVIT OF**
JIMMI M. HANSEN, Individually,    )     **CHRISTIAN T. MOESTRUP**
HENRIK KLEBAEK, Individually, and  )
KENT MESSERSCHMIDT, Individually, )
COVIDENCE A/S,              )
                                   )
          Defendants.       )

---

**CHRISTIAN T. MOESTRUP,** being duly sworn, deposes as follows:

1.    I am a Project Manager with Plaintiff Spectronic Denmark A/S, one of the plaintiffs in the above-captioned action, and, as such, I am fully familiar with the facts and circumstances set forth herein.

2.    As Spectronic correctly stated in its Verified Complaint, "[i]n July, 2007, the plaintiffs sought an injunction against the defendants in Denmark, claiming that the defendants had violated Danish law and that the individual defendants had stolen the plaintiffs' trade secrets and were violating the non-disclosure clauses of their employment agreements with the plaintiffs." (Dkt. No. 1, ¶ 129).

3.      Spectronic accurately stated that "[o]n or about January 8, 2008, the [bailiff's court] of Randers issued a preliminary injunction against Jimmi M. Hansen, Henrik Klebaek, Kent Messerschmidt and Covidence, enjoining them from directly or indirectly marketing video recorder products (such as the Oculus recorder) as well as audio and video surveillance products to certain customers of the plaintiffs for a period of three years" (the "Danish preliminary injunction").  (Dkt. No. 1, ¶ 130).

4.      The Complaint explained that the bailiff's court "further issued an injunction against the defendants enjoining them from contacting certain suppliers and partners of the plaintiffs for three years."  (Id.)

5.      Each of the above-quoted allegations are 100% truthful and accurate.

6.      Spectronic is located in Denmark and, as of April 21, 2008, was six hours ahead of United States Eastern Daylight Time.  I understand that on Monday afternoon, April 21, 2008, Defendants demanded that Plaintiffs immediately dismiss this entire action against Defendants because "Plaintiffs' description of the Danish proceeding was misleading."

7.      In order for a representative of Spectronic with knowledge of the facts and circumstances of this case to attend the April 22, 2008 court appearance in Washington, D.C., I arranged for a flight from Denmark to arrive in the United States at approximately 11:43PM EDT.

8.      I understand that at approximately 7 PM EDT, counsel for Plaintiffs attempted to contact representatives at Denmark to relay a voicemail message apparently left by counsel for Defendants.  It was approximately 1 AM in Denmark at that time.

9.     I understand that on April 21, Defendants demanded that, in addition to withdrawing Plaintiffs' motion for a preliminary injunction, unless Plaintiffs dismissed the entire action against Defendants (prior to conducting a single deposition or exchanging *any* discovery), Defendants would seek costs and fees associated with the motion for a preliminary injunction. Defendants' demand of Plaintiff to dismiss the action based on Plaintiffs' so-called misrepresentation of the status of the Danish proceedings is confirmed in paragraph "4" of the Declaration of John F. O'Connor dated May 2, 2008 (Dkt. 16-2).

10.     Upon hearing that Defendants claimed "Plaintiffs' description of the Danish proceeding was misleading," on Tuesday, April 22, 2008, I reviewed the affidavits submitted by Defendants in opposition to Plaintiffs' motion. I immediately recognized that this Court has been misled, but the deceptive and misleading statements submitted to the Court under oath were those made by Defendant Hansen.

11.     For the reasons set forth below, Plaintiffs did not "dismiss the present action" in exchange for a promise not pursue sanctions against Plaintiffs based on the misrepresentations put forth by Defendant Hansen.

12.     When Spectronic sought its preliminary injunction against Defendants in Denmark, it submitted lists of customers and suppliers from whom Spectronic sought to enjoin Defendants from having any direct or indirect contact. The Danish Court granted Spectronic's motion for a preliminary injunction and enjoined all four Defendants from having *any direct or indirect contact* with *all 48 customers and all 7 suppliers listed by Spectronic* in its papers. Not one of Spectronic's requests for an injunction concerning any of these 55 entities was denied. A true and accurate copy of the bailiff's court's January 8 decision, including the list referred to in

3

that decision as "Appendix 1," is appended to Declaration of Lene Lange Gammelgaard as
Exhibit C.

13.     Specifically, the court enjoined Defendants from doing any business,
directly or indirectly with the following customers:  Adaptive Digital Systems; Andyteh Concept
Srl; ATEK Pty Ltd.; Audio and Acoustics; Avex B. V.; Baewoon Company Ltd.; Beling d.o.o.,
Elect Eng.; Brimfek Inc.; BSS PREKYBA, UAB ; Carinex Ltd.; Colvista Ltda.;
Comercializadora White; DTC Communications, Inc.; Dyplex Communications Ltd.; Excellence
Tech; FGH Security; Findme Solutions; Fotovideo De Colombia S.A.; Frassini company BVBA;
G&R Ltd.; Gamma TSE Ltd.; Gans & Pugh Associates Inc.; Gecomse s.a.; Griff Comm Ltd; GS
VBS; C Technologie; Komcentra s.r.o; LongHope Anhua Police; Manifest Marketing Ltd.; Mass
International Ltd ; Metco; Microtec Sicherheitstech. GmbH; MIS; Moseco; MOTEC Sdn. Bhd.;
New Springs Co., LTD; Parinto cc; PAZ Logistics Ltd.; PT Satria Jaya Abadi; RA.SE.T s.r.l.;
Raytheon; SAGA D.O.O.; Shanghai Unitech Ltd.; ST Electronics; VASTech; Viper (Thai) co
Ltd.; Wonda Group (Asia) Limited; Xlefeng Technology Co. Ltd.; and XTEK LTD.

14.     Contrary to the misstatements set forth in Defendant Hansen's sworn
affidavit of April 21, 2008, seven of the above listed 48 customers are American companies with
actual brick-and-mortar physical presences in the United States, including:  Adaptive Digital
Systems (20322 South West Acadia, Newport Beach, California 92660); Brimtek Inc. (43720
Trade Center Place, Suite 60, Dulles, Virginia 20166); Comercializadora White (172 Lynn Loop,
Laredo, Texas 78045); DTC Communications, Inc. (486 Amherst Street, Nashua, New
Hampshire 03063); Gans & Pugh Associates Inc. (690 Center Street, Suite 201, Herndon,
Virginia 20170); and Raytheon (7700 Arlington Boulevard, Falls Church, Virginia 22042).

15.    Defendant Hansen deliberately misinformed this Court in his affidavit when he said that the Danish Court merely enjoined Defendants from "doing business . . . with a specified list of customers, *a list that includes just (2) companies located in the United States: Brimtek Inc. and Ganz & Pugh.*" (Dkt. No. 12-2, ¶ 14).  He also deliberately misled this Court when he claimed that the only "*United States companies covered by the Danish preliminary injunction*, Brimtek Inc. and Ganz & Pugh, *are not expected to attend the trade show in Washington, D.C.*" (Id.)

16.    At the time Mr. Hansen and his attorneys filed his affidavit in opposition to Spectronic's motion for a preliminary injunction, Defendant Hansen knew that the January 8, 2008 Order from the bailiff's court of Randers enjoined Defendants from "directly or indirectly" providing, selling, renting, supplying or even lending products to any of the 48 customers and seven suppliers identified by Spectronic in its Danish motion.  Most of these 48 customers do business in the United States and seven of them are physically located here, including *Raytheon*, an *American company* located less than 10 miles away from this Courthouse that *participated in the 2008 GovSec Exposition in Washington, D.C. between April 23-24, 2008 at Booth 2131.* (*See* Raytheon's confirmation as an Exhibitor at Booth 2131, appended hereto as **Exhibit A**).

17.    Although Defendant Hansen advised this Court that "the United States companies covered by the Danish preliminary injunction [were] not expected to attend the trade show in Washington, D.C.," Defendant Hansen knew that Raytheon: (1) was an American company covered by the Danish injunction; (2) had purchased booth number 2131 at the Exposition prior to April 21, 2008; and (3) planned to attend the Exposition.

18.    As the "GovSec" brochure appended hereto as **Exhibit B** clearly demonstrates, Raytheon registered for the subject Exposition prior to December 11, 2007 (*See* **Exhibit B**, p. 14). As **Exhibit B** demonstrates further, Covidence has *not* registered for the Exposition as of December, 2007. Consequently, Spectronic did *not* ask the bailiff's court to enjoin Defendants from participating in the Exposition. However, Spectronic *did* ask the bailiff's court to enjoin Defendants from doing business, either directly or indirectly, with Raytheon, and such relief was granted.

19.    Defendant Hansen was present during the December, 2007 proceedings in Denmark is has actual knowledge that Raytheon was one of the seven American companies covered by the Danish injunction.

20.    I have been advised that Defendant Hansen was present before this Court on Tuesday, April 22, 2008 when counsel for Spectronic advised this Court that, contrary to the misrepresentations contained in Defendant Hansen's affidavit, the Danish Court enjoined Defendants from "directly or indirectly" doing any business with Raytheon. I am further advised that Spectronic's counsel advised this Court that, contrary to Defendant Hansen's sworn statement, Spectronic believed Raytheon would attend the Exposition the following day. I understand that despite this statement by Spectronic's counsel, Defendant Hansen did nothing to correct the misstatements in Defendant Hansen's affidavit. Instead, Defendants allowed this Court to proceed under the false assumption that only two American companies were subject to the Danish injunction and that neither American company would attend the Exposition.

21.    As recently as May 2, 2008, Defendants have continued to mislead this Court as to the breadth of the Danish court order and have yet to admit that Raytheon was one of

the companies from which Defendants were enjoined from having any direct or indirect business contact.

22.    Under these circumstances, it is clear that the Defendants, rather than the Plaintiffs, misled the Court regarding the scope of the Danish preliminary injunction.  Plaintiffs correctly refused to consent to a dismissal of the entire action based on Defendant Hansen's demonstrably false statements.  Defendants claim that the Danish Court "denied" the "broader relief" sought by Spectronic is misleading and wholly lacking in merit, and their suggestion that they are "winning" the action in Denmark is curious, at best.

23.    Defendants' suggestion that the bailiff's court denied the relief requested by Plaintiffs is devoid of merit.  Although the initial papers submitted to the Danish court in July, 2007 contain a request for an injunction barring Defendants from unfairly competing with Spectronic contrary to Danish law, when the motion was finally argued in December, the Danish Court could not guarantee that the papers filed by Spectronic would remain confidential or sealed.  Nor could the Danish Court indicate that any hearing involving Spectronic's witnesses would be sealed and kept from the public.

24.    Due to a heightened concern for secrecy, many of Plaintiffs' largest and most important customers (including several government agencies in the United States) advised Plaintiffs that they preferred to conceal their identity and abstain from participating in the four day hearing to be held in December.  As a result, Spectronic limited the relief it sought to the customers and supplies it submitted to the court as "Exhibits 1" and "2."  Those exhibits, in turn, became "Appendix 1" and "Appendix 2" to the bailiff's court's Order of January 8, 2008.  To the extent the bailiff's court "limited" the relief it granted Spectronic, the court noted in its decision

that "[Plaintiffs] have chosen not to name said customers to protect their privacy." (*See* Gammelgaard Decl., Exh. A). This was not a "denial" of Plaintiffs' requested relief; rather, it was an express recognition of Spectronic's decision to honor the wishes of several of its most important customers by leaving them out of the preliminary stages of the Danish action for fear of compromising their confidential information.

25.    As Spectronic has consistently maintained in this action, the bailiff's court of Randers enjoined Defendants from doing any business with each entity identified by Spectronic to the bailiff's court in December, 2007.

26.    Despite this injunction, Plaintiffs are aware that Defendants are misleading the American surveillance and intelligence community with respect to Plaintiffs' ability to provide a video recorder. Over the past few years, Plaintiffs have developed a video recorder called the "Freja." Defendants has misappropriated the technology of the Freja, as well as Plaintiffs' "Beowulf" recorder, for use in the development and marketing of their knock-off video recorder, the "Oculus." Even worse, Defendants are deliberately misinforming the American surveillance and intelligence community that Plaintiffs will not be able to deliver the Freja to the market until months after the Oculus has arrived for immediate sale and use. Specifically, Defendant Hansen has been telling customers that, as a result of his former high-level fiduciary status at Spectronic, he knows that Spectronic cannot produce a miniature video recorder prior to December, 2008. This claim is false; Defendant Hansen knows it to be false; and Defendant Hansen continues to make this claim in order to continue to deceive the American surveillance and intelligence community so as to unlawfully divert sales of video recorders away from Spectronic to Covidence.

27.    Moreover, paragraphs "33"-"39" of the Complaint, together with Exhibit "5"-"10" to the Complaint, establish that the individual Defendants had access to all of Spectronic's strategic planning for the years 2007 - 2011 concerning Spectronic's planned positioning in the video surveillance market, including Spectronic's plans related to development of the Freja video recorder.

28.    In early 2006, the United States Department of Homeland Security ("DHS") approached Spectronic with a request for a video recorder.  As paragraphs "50" - "57 of the Complaint set forth, prior to his resignation from Spectronic, Defendant Hansen functioned as development manager, reporting directly to the CEO of Spectronic, Kim Lehman.  When DHS approached Spectronic with its specifications for a video recorder, Mr. Lehman and I tasked Defendant Hansen with interfacing directly with DHS to coordinate the development of such a video recorder.

29.    From early 2006 through Defendant Hansen's resignation, Defendant Hansen used Plaintiffs' financial resources, intellectual property and employees to develop a video recorder to the specifications of DHS.  As paragraphs "95" - "100" of the Complaint explain, among the employees assigned to Defendant Hansen in connection with the development of the video recorder were Niels-Ole Pedersen, Ulrich Sorensen and Kim Torbjorn Schjodt.

30.    On or about May 31, 2007, Pederson, Sorenson and Schjodt resigned from Spectronic and took Spectronic's trade secret information concerning Spectronic's the development of its video recorder, including the alleged timetable the implementation of the new Freja and Beowulf recorders, with them to Covidence.

9

31.     Exhibits "5" - "10" to the Complaint plainly contradict Defendant Hansen's misstatement at paragraph "4" of his affidavit that "[a]t the time Defendants left Spectronic," none of the Plaintiffs had a video recorder in development." Spectronic clearly had several plans in development, including the development of the Beowulf and Freja recorders.

32.     Particularly egregious is Defendant Hansen's claim later in that paragraph that "it had been Spectronic's strategic business decision to limit its product range to audio products." This statement is completely untrue. In fact, Defendant Hansen was specifically tasked as an officer and fiduciary of the company with handling all plans for the development and testing of a video recorder. It was defendant Hansen who consistently delayed Spectronic's proposed launch of a video recorder, as he constantly advised Mr. Lehman and me that Spectronic was "too busy" working on "other projects" for DHS to turn its full attention to the implementation of a miniature video recorder for DHS. Now it is clear that his attempts to delay this launch were part of an effort to usurp both Spectronic's technology and business opportunity by developing the Oculus video recorder for himself and Covidence.

33.     Not only did Defendant Hansen delay the development of the Freja was he was employed as Spectronic's fiduciary, Spectronic has learned that, notwithstanding the fact that Defendant Hansen has actual knowledge of Spectronic's plan to release its video recorder to the American market this summer, in the course of advertising the Oculus video recorder, Defendant Hansen has made false statements to American customers of Spectronic (including Raytheon and DHS) claiming that Spectronic will not have a video recorder available to the American market until 2009. These statements by Defendant Hansen are demonstrably false, and have been spread throughout the American intelligence and surveillance community for the

commercial purpose of deceiving customers into purchasing the Oculus from Covidence instead of purchasing the Freja or the Beowulf from Spectronic.

34.    Since it is widely known in the industry that the Defendants are former high-level employees and fiduciaries of Spectronic, and because Defendant Hansen played a key role in the development of Spectronic's strategic development plan for 2007 - 2011, it is highly likely that Defendant Hansen deceptive statements regarding the availability - or supposed lack thereof - of the Freja and/or the Beowulf recorders will materially affect the buying decisions of American customers within the intelligence and surveillance industry.

35.    Since the U.S. market constitutes approximately 55 percent of all of Spectronic's world-wide sales, a disruption to Spectronic's sales attempts in the U.S. caused by these deceptions will undoubtedly cause serious injury to Spectronic and will otherwise adversely affect interstate commerce in the U.S. confusing the purchasing decisions of such major interstate U.S. purchasers as Raytheon and DHS.

36.    As all parties agree, Covidence was formed on April 2, 2007.  Within a year, Covidence claims to have: (1) conceived of the concept of the Oculus; (2) developed it; (3) tested it; and (4) presented it to market.  The video recorder developed by Spectronic has taken years to develop.  The speed with which Covidence claims to have marketed this product is simply impossible.  Covidence and its founders had to have stolen Spectronic's trade secrets.

37.    The greatest harm to Spectronic resulting from Defendant Hansen's breach of his fiduciary duties to Spectronic, however, arises not from the fact that the Oculus is little more than a knock-off of Spectronic's video recorder; rather, the real harm visited upon Spectronic is the confusion caused by the Defendants' misrepresentations in the marketplace.

38.    Plaintiffs are aware that Defendants are misleading the American intelligence community as to Spectronic's ability to timely deliver a video recorder similar to the Oculus. Specifically, Defendant Hansen has been advising consumers that, based on his access to all of Spectronic's strategic plans, he has inside knowledge that Spectronic cannot compete with Covidence in the video recorder market until months, if not longer, after the Oculus is available.

39.    In this action, Spectronic has set forth facially valid claims that Defendants are intentionally confusing the American intelligence community regarding the availability of miniature video recorders such as the Freja and Beowulf. Spectronic fully intends to investigate the matter until such time as these customers are willing to testify that Defendants have actually confused them into believing that Spectronic has no product available in the video recorder industry.

40.    As the Danish action proceeds from the bailiff's court of Randers to a Civil Court for a full hearing into the merits of the case, Spectronic is confident that it will obtain a permanent injunction enjoining Defendants from unlawfully competing with Spectronic in the future.

_____
CHRISTIAN T. MOESTRUP

Sworn to before me this
16th day of May , 2008.

_____
Notary Public

13

# EXHIBIT A

  

April 23 – 24, 2008
Walter E. Washington Convention Center • Washington, DC

**REGISTER NOW**

Search Exhibitors

Expand All Menus

Home

Register

Sign Up for Updates
Schedule at a Glance
CPM at GovSec
Conference

Exposition
Search Exhibitors
Education Pavilion
New Products
How To Exhibit

Networking Events

Faculty
Corporate Sponsors
Partners

Hotel and Travel

Press Room

About Us

Exhibitors Only

# Exhibitor Search

View all exhibitors **by booth number**

View all exhibitors **by c**

View all **GovSec and Ready! exhibitors**

View all **U.S. Law e**

View all **IT Security Exhibitors**

**Booth #** is _____ [ Go ]

**Search By:**

Company Name _____

Category    All Categories _____

Search by Show    select _____

[ Search Exhibitors ]

Company Name contains raytheon
Any Category

| **Company** | **Booth** | My Agenda |
|-------------|-----------|-----------|
| Raytheon / JPS Communications | 2131 | My Agenda |

 



Site Map

FAQs

**MISSION:** To provide a
forum that fosters
communication and
cooperation between
industry and government
security, law enforcement
and emergency responders
at the federal, state, local
and tribal level to protect
America's citizens and
critical assets.

1105 Media, Inc.  |  3141 Fairview Park Drive, Suite 777  |  Falls Church, VA 22042  |  703-876-5100  |  **contact us**

Return to Exhibitor Search

Company Name: **Raytheon / JPS Communications**

Booth: **2131**

Description: As the industry leader in interoperable communications with hundreds of customers and thousands of units in the field, Raytheon JPS Communications is committed to supplying the most advanced communications interoperability technology available. Our proven ACU technology offers unsurpassed local, regional, and wide area interoperability by directly connecting or networking land mobile radios, P25, Nextel, SATCOM, cellular, IP and landline phones. From homeland security to local public safety, from mission critical military applications to the latest commercial requirement, the ACU interoperability technology offers a proven communications solution for incident command management.

Web Site: www.jps.com

Product Categories:



ACU-2000 IP



P25CC

# EXHIBIT B



Counterterrorism
Technology & Tactics ....10

CPM at GovSec ................9

Cyber Security..................9

Fire Services/
First Responders ............11

Physical Security ...........8

Security Awareness..........5

Security Planning..............7

Terrorism...........................7

THE GOVERNMENT SECURITY
CONFERENCE AND EXPOSITION

Conference and Exposition:
April 23 – 24, 2008

REGISTER TODAY
FOR CONFERENCE AND
FREE EXPOSITION!

Walter E. Washington Convention Center
WASHINGTON, DC
www.govsecinfo.com

COMMUNICATIONS PHYSICAL SECURITY
ACCESS CONTROL

Lauri Almann
Permanent Undersecretary of
Defence, Republic of Estonia

Julie L. Myers
Assistant Secretary of Homeland Security
for US Immigration & Customs Enforcement

Gregory B. Cade
Assistant Administrator, FEMA,
US Fire Administration







NEW FOR 2008!
See page 9 for details!

Partnering Publications:

  

Partnering Organizations:

        

# ★ GOVSEC™
## CONFERENCE AND EXPOSITION

As the nation faces a continued and more far-reaching debate about terrorism and how to combat it, join the GovSec Conference and Exposition to understand the full continuum of security. From threats beyond our borders, to those festering within, only GovSec provides you with a 360 degree view of the threats, the probabilities and the solutions allowing you to assess your risk and address your vulnerabilities.

## Find the tools necessary to complete your mission.

The GovSec Exposition, along with the U.S. Law and Ready Expositions, provide you with a 360 degree view of the latest physical and Cyber security products and services. Stay up-to-date on cutting edge technology and get hands-on with hundreds of products from more than 500 leading manufacturers and suppliers in the industry. Visit www.govsecinfo.com for more details on exhibiting companies.

## Network with your colleagues.
### NEW FOR 2008!

You asked and we listened! The Patriot Reception will take place on the show floor. Share ideas and best practices with your peers and catch up with old friends while having more time on the show floor to check out products and services offered. See page 4 for more details.

Don't miss these keynote sessions – free for all attendees:

- JULIE L. MYERS, Assistant Secretary of Homeland Security for US Immigration & Customs Enforcement
- GREGORY B. CADE, Assistant Administrator, Federal Emergency Management Agency, US Fire Administration
- GREG MASSA, Chief, National Joint Terrorism Task Force, FBI
- LAURI ALMANN, Permanent Undersecretary of Defence, Republic of Estonia

## Learn from experts in the field.

The GovSec Conference is developed with the help of the Government and Industry Liaison Committee to ensure the program affords relevant and comprehensive information you need to know. The sessions are designed to provide practices you can take back to the job and implement immediately. Here are a few sessions you don't want to miss:

- MARINA LITVENENKO, wife of ex-KGB agent Alexander Litvenenko (killed by polonium poisoning), will deliver the message Alexander was to present at GovSec 2007 – see page 7 for details.
- GEORGE PIRO shares the inside story of interrogating Saddam Hussein and the insight he gained – see page 7 for details
- RITA KATZ, executive director of The SITE Institute, discusses analysis of Jihadi web sites – see page 7 for details





### NEW FOR 2008!

Contingency Planning and Management (CPM) at GovSec is geared towards those tasked with securing America's private sector against natural and man-made disasters. CPM at GovSec brings fresh content to the Conference with sessions covering NIPP, business continuity programs, succession planning and partnerships between the private and public sector. See page 9 for detailed information on these sessions.

## USE YOUR REGISTRATION CODE TO ENTER TO WIN A FREE PAIR OF OAKLEYS!

# CONFERENCE SESSIONS

## Table of Contents

Keynote Sessions ........................................... 4
Networking Events ......................................... 4
Faculty ...................................................... 5
Training & Workshops ..................................... 5
Security Awareness Track ................................. 5
Terrorism Track ............................................ 7
Security Planning Track ................................... 7
Physical Security Track .................................... 8
Cyber Security Track ....................................... 9
CPM at GovSec Track ...................................... 9
Counterterrorism Technology & Tactics Track .... 10
Fire Services/First Responders Track ................... 11
Schedule-at-a-Glance .................................... 12
Exposition ................................................. 14
List of Exhibitors ......................................... 14

## TERRORISM TRACK

Homegrown Jihad: The International Experience ..................... 7
Homegrown Jihad: American Cells .................................. 7
What Are the Terrorists Saying? Analyzing Jihadi Web Sites ......... 7
Dialog with a Dictator: Coming Face-to-Face with Saddam Hussein .......... 7
State-Sponsored Terrorism ......................................... 7
Where America Is Vulnerable to Attack and What to Do About It ............. 7

## SECURITY PLANNING TRACK

*Sponsored by DC Protective Service Police*

Successful Components of a Physical Security Program:
    Understanding Your Choices ..................................... 7
Securing the Remote Wireless Infrastructure ....................... 8
COOP Planning: What Not to Miss .................................. 8
Fundamentals of the Succession Planning Process .................. 8
Understanding Enterprise Security with Integration & Convergence ........... 8
The NIPP and Government Facilities: Secure Facilities, Safe Occupants ..... 8
RAMP: Risk Assessment & Management .............................. 8
To Leave or Not to Leave: Understanding Options in Evacuation ............. 8

## PHYSICAL SECURITY TRACK

Successful Components of a Physical Security Program:
    Understanding Your Choices ..................................... 7
The Myth of Industry Standardization .............................. 8
Managing Risk to Create Value: Total Security Management & Decision Support Tools . 8
Understanding Enterprise Security with Integration & Convergence ........... 8
The NIPP and Government Facilities: Security Facilities, Safe Occupants ......... 8
RAMP: Risk Assessment & Management .............................. 8
Remote Monitoring for Real Situational Awareness of Security Incidents ......... 9
Protecting the Nation's Critical Assets Through the Convergence of
    Physical and Logical Security ................................. 9
Physical Security: Your Business Continuity Partner ................ 10

## CYBER SECURITY TRACK

*Sponsored by Defense Systems*

Securing the Remote Wireless Infrastructure ....................... 8
Targeted Cyber Attacks: Exposing National Infrastructure Security Weaknesses ... 9
The New Cyber Defense Era ......................................... 9
Architecting Your IT Security Standards to Secure Your Enterprise ......... 9
Critical Information Infrastructure Protection ..................... 9

## CPM AT GOVSEC TRACK

Developing a Global Partnership ................................... 9
The NIPP and Its Private Sector Partners .......................... 10
Fundamentals of the Succession Planning Process .................. 10
Physical Security: Your Business Continuity Partner ............... 10
Using Standards for Building Business Continuity Programs ......... 10
The Process of Exercising Plans ................................... 10
Private Sector Lessons from Government Continuity Planning ......... 10

## COUNTERTERRORISM TECHNOLOGY & TACTICS TRACK

Encountering Known or Suspected Terrorists ....................... 10
Recognizing Fraudulent Passports & Visas ......................... 10
Suicide Bombers: Globalizing Martyrdom ........................... 10
Suicide Bombers: Their Tools & Tactics ........................... 10
Federal Resources to Prevent the Next Rad/Nuke Attack ............. 11
The Future of RFID ................................................ 11

## FIRE SERVICES/FIRST RESPONDERS TRACK

4th Generation Warfare: What This Means for US First Responders ......... 11
Firefighter Response to Terrorist Event ........................... 11
Command Safety – Managing Hazard Zone Operations .................. 11
Technology Breakthrough: Managing Your Scene with Response Mobile
    Communications System ......................................... 11
All Together Now! Unified Command at Terrorist Incidents ........... 11
Explosives and Blast Injuries ..................................... 11
Identifying Explosives & Dirty Bombs: Hands-On .................... 11

*Training Sessions*

## SECURITY AWARENESS TRACK

FISSEA: What your Employees Need to Know About Information Security ......... 5
D*I*C*E Security Awareness Briefing ............................... 5
Information Assurance for Executives .............................. 5
Information Assurance for Senior-Level Managers ................... 6

# NETWORKING EVENTS

## The Patriot Reception

**New Location: Exposition Show Floor**

Wednesday, April 23
4:00pm – 6:00pm

No need to rush through the exhibits on Wednesday – the Patriot Reception will be held on the show floor! Network with colleagues across all disciplines and jurisdictions, enjoy refreshments and heavy hors d'oeuvres and scope out the hottest products and services.

*Tickets: $35 (One ticket is included with Conference Registration.)*

*Must be 21 or older to attend. Tickets include hors d'oeuvres, beer, wine and non-alcoholic beverages. Sponsorship opportunities available. Call 800-746-0099 for details.*

## The Infrastructure Security Partnership (TISP) Breakfast



Thursday, April 24
8:00am – 9:30am

*Speaker: Chris T. Geldart, Director, National Capital Region Coordination, FEMA*

The Infrastructure Security Partnership (TISP) invites you to join them for a unique educational experience and to network with leading public and private sector experts to discuss the latest developments related to critical infrastructure resilience. The release of both the National Strategy for Homeland Security and the National Infrastructure Protection Plan has put protecting our critical physical and information infrastructures at the fore. Join TISP to hear FEMA's director of the National Capital Region Coordination discuss regional approaches to critical infrastructure protection.

*Tickets: $40/member and $60/non member*

*For questions regarding TISP or TISP breakfast Speaker Series Sponsorships, please contact Catherine Tehan at ctehan@tisp.org or call 703-295-6231*

## ASIS Law Enforcement Appreciation Luncheon



Thursday, April 24
12:15pm – 1:45pm

*Keynote Speaker:*
*Cathy L. Lanier, Chief of Police, Metropolitan Police Department, District of Columbia\* invited*

*Arnold Bracy, Chief, DC Protective Service Police*

The National Capital Chapter of ASIS International annually recognizes members of the law enforcement community at their Law Enforcement Appreciation luncheon. Held with the U.S. Law Enforcement Conference, this is an opportunity to publicly recognize law enforcement officers who consistently go above and beyond the call of duty and to express our thanks for their dedication and superior service to our community.  Honorees are nominated by their fellow officers.

*Tickets: $55 and table $450*

*For more information or to purchase a table, please contact Joseph Bonacci, ASIS at 703-916-8411 or Kristina Tanasichuk at 703-876-5073.*

## BENS



Thursday, April 24
2:00pm – 3:00pm

*Speaker: TBA*

Business Executives for National Security, a nationwide, non-partisan organization, is the primary channel through which senior business executives can help enhance the nation's security. BENS members use their business experience to drive our agenda, deliver our message to decision makers and make certain that the changes we propose are put into practice. BENS has only one special interest: to help make America safe and secure.

Join BENS for an informative meeting at GovSec to get a better understanding of the organization and hear a high-level briefing on the hottest topics affecting our national security.

# KEYNOTE SESSIONS    All keynote sessions are included with Conference and Expo Only registration.

## 2008 Opening Keynote

Wednesday, April 23
9:15am – 10:00am



*Julie L. Myers, Assistant Secretary of Homeland Security for U.S. Immigration & Customs Enforcement*

Hear the view from Immigration & Customs Enforcement on how the integration of federal, state and local information sharing and partnership is progressing. What are the issues surrounding how local law enforcement works in conjunction with federal immigration and customs enforcement to prevent terrorists from entering the US and to identify them if they are already here?

## First Responder Keynote

Wednesday, April 23
11:00am – 11:30am



*Gregory B. Cade, Assistant Administrator, Federal Emergency Management Agency, US Fire Administration*

U.S. Fire Administrator Cade will discuss how first responders have grown to the challenges posed by terrorist events and natural devastation, including how fire services has changed, how first responders have worked together to integrate operations under NIMS and what challenges lie ahead to assure we are fully prepared for any catastrophic event.

## US Law Keynote

Wednesday, April 23
12:00pm – 12:30pm



*Greg Massa, Chief, National Joint Terrorism Task Force, FBI*

With some 63 people from 44 U.S. agencies (law enforcement, intelligence, diplomatic, defense, public safety and homeland security), the National Joint Terrorism Task Force is the operational nerve center for gathering and assimilating terrorist intelligence in order to prevent the next attack.  Join the Chief of the NJTTF to learn about the progress of Operation Tripwire, among other projects, designed to manage the threat environment. Chief Massa will cover ways the NJTTF is working to disrupt, dismantle and eliminate terrorist threats to America.

## Cyber Security Keynote

Thursday, April 24
11:00am – 12:00pm

*Lauri Almann, Permanent Undersecretary of Defence, Republic of Estonia*

Cyberspace: A Perfect Battlefield? Lauri Almann joins GovSec, U.S. Law and Ready to discuss the first attack on a nation state that crippled the Republic of Estonia for three days and the lessons we must learn.

## 2008 CONFERENCE FACULTY

The GovSec, U.S. Law and Ready 2008 Conference is led by security headliners from around the world. For details on their sessions, please see pages 7 - 11.


**VAYL OXFORD,** Director, Domestic Nuclear Detection Office, DHS


**LEONARD C. BOYLE,** Director, Terrorist Screening Center, DHS


**TODD BROWN,** Director, Overseas Advisory Council, Bureau of Diplomatic Security, U.S. State Department


**JOHN BUMGARNER,** Research Director for Security Technology, U.S. Cyber Consequences Unit


**GARY W. SCHENKEL,** Director, Federal Protective Service


Deputy Chief **VINCENT "VINNY" DUNN,** FDNY (Ret.)


**ROHAN GUNARATNA,** PhD, Head, International Centre for Political Violence and Terrorism Research, Institute of Defence and Strategic Studies, Nanyang Technological University, Singapore


**RITA KATZ,** Executive Director, The SITE Institute and author, TERRORIST HUNTER: The Extraordinary Story of a Woman Who Went Undercover to Infiltrate the Radical Islamic Groups Operating in America


**RAY SEMKO,** presenter of D*I*C*E (Defensive Information to Counter Espionage) briefings


**MARINA LITVENENKO,** activist, wife of ex-KGB agent Alexander Litvenenko, poisoned by polonium in London


**SCOTT BORG,** Director, U.S. Cyber Consequences Unit


**GEORGE PIRO,** Supervisory Special Agent, FBI, interrogated Saddam Hussein


**JOSEPH L. BOWER,** Donald Kirk David Professor of Business Administration, Harvard Business School


**CLARK ERVIN,** former and first Inspector General, DHS, Head of Homeland Security, The Aspen Institute

### AND MANY MORE!

# TRAINING & WORKSHOPS

Pre-registration is required for all Training sessions. You must register for the Conference or Expo Only in order to register for these Training sessions.

## SECURITY AWARENESS

Wednesday, April 23
8:00am – 9:00am
### FISSEA: What Your Employees Need to Know About Information Security

 Unwitting employees, as well as intentional insider threats exist in every organization. The Federal Information Systems Security Educators' Association (FISSEA) will share the latest information to increase your employees' awareness of potential computer attacks, how to recognize them and what to do if one is suspected.

*Faculty: LOUIS NUMKIN, CISM, IT Security*

Officer, Internal Revenue Service; SUSAN HANSCHE, CISSP-ISSEP, IA Training Program Manager, Department of State/Nortel Government Solutions

Wednesday, April 23
2:00pm – 2:50pm
### D*I*C*E Security Awareness Briefing

 Ray Semko's objective is to help your employees recognize America's adversaries, their targets and methods of operation and how to prevent these adversaries from exploiting our nation's security and your company's security by effectively protecting classified, proprietary and sensitive information. The D*I*C*E Man's goal is to increase your employees' security awareness of threats

from espionage (including cyber and industrial/economic espionage) and terrorism, as well as enhance employee awareness of OPSEC (operations security), INFOSEC (information security), and personnel security. He can also give "behind-the-scenes" of D*I*C*E briefings to show how to motivate your employees through dynamic communication techniques. The US Government NISPOM mandates that all employees and contractors who have access to classified information MUST receive a security awareness briefing EVERY YEAR. The US Department of Defense has similar requirements as do many companies. Don't waste time coming up with a new briefing every year—let them get it at GovSec 2008!

*Faculty: RAY SEMKO, presenter of D*I*C*E (Defensive Information to Counter Espionage) briefings*

Thursday, April 24
9:00am – 10:30am
### Information Assurance (IA) for Executives

*hosted by the Bureau of Diplomatic Security, U.S. State Department*

IA for Executives is an overview of federal information systems and their vulnerabilities, threats, impact of, exploitation and countermeasures. The requirements of the Federal Information Systems Management Act (FISMA) including Plans of Action and Milestones are included. Topics include recent findings from the Offices of Inspectors

continued on next page

*Security Awareness continued from page 5*

General and reports to the Office of Management and Budget, as well as risk management issues. Case studies and lessons learned are used to emphasize the critical role of executive-level leadership in protecting the federal information and information systems.

**Who should attend?** Deputy Secretary, Under Secretary, Assistant Secretary, Deputy Assistant Secretary, Chief of Mission, Deputy Chief of Mission, Executive Director, Principal Officer, Chief Information Officer, Office Director, Division Director

Thursday, April 24
1:00pm – 5:00pm

## Information Assurance (IA) for Senior-Level Managers

*hosted by the Bureau of Diplomatic Security, U.S. State Department*



IA for Senior-Level Managers provides senior-level managers with the knowledge and skills necessary to evaluate the components of an information assurance program in regard to critical business functions and federal security requirements. It reviews guidance concerning federal information security regulations and policies and procedures. Topics include an overview of information system vulnerabilities, threats, countermeasures, risk assessment requirements related to FISMA, including Plans of Action and Milestones and the findings of the recent Office of the Inspector General and reports to the Office of Management and Budget.

**Who should attend?** Office Directors, Program Officers, Information Owners, Systems Owners, Division Chiefs, Branch Chiefs

Wednesday, April 23 – Thursday, April 24

## Green Cross Academy of Traumatology Annual Conference



The Green Cross Academy of Traumatology, a non-profit corporation specializing in trauma-related humanitarian efforts, standards of practice in research, consultation and education and the development of humane policies affecting the traumatized, will hold its annual conference with GovSec, U.S. Law and Ready.

Born from the bombing at the Murrah Building in Oklahoma City, the Green Cross' mission is to help provide the best mental health and trauma recovery services to our nation's first responders, the victims and the survivors of traumatic events. The annual program will cover all the mental health issues faced by those involved in response and recovery post-event. Please visit www.greencross.org for more information and www.govsecinfo.com to register.

### Program Highlights

**Current Issues:**
- Terrorism and Critical Incident Stress Management Advances and Innovations
- Disaster Behavioral Health: The Development of a Comprehensive Statewide Program in Florida

**Clinical Track**
- Child & Adolescent Trauma
- Trauma and Spirituality
- Treating Traumatized Military Families
- The Returning War Vet: EMDR Overview

**Field Track**
- Serving People with Disabilities in Disaster
- Introduction to Incident Command
- Update - Deployment Protocols
- Lessons Learned: Hurricane Katrina
- Building Teams Under Pressure
- safeTalk: Suicide Alertness

**One Day Workshop**
- Tools for Compassion Stress Management

Fee: $175 (member) and $200 (nonmember)

# TRAINING & WORKSHOPS

Pre-registration is required for Training & Workshop sessions.

Wednesday, April 23
1:00pm – 4:00pm

## LiveSight Target Systems Training & Certification Course

*LIVESIGHT*
*Target Systems, Inc.*

LiveSight Target Systems will be hosting a 3D Firearms Instructor Training and Certification Course during the 2008 GovSec, U.S. Law and Ready Conference.

All Government, Homeland Security, Law Enforcement, and Corrections Agency Trainers may register to attend this FREE, 3 hour, Training & Certification Course in the Tactical Use of 3D Combat Training.

*One trainer from each attending agency or department will receive a FREE pair of 3D shooting glasses and sample targets for their agency or department.*

LiveSight Target Systems: LiveSight Target Systems is a company created by Law Enforcement professionals for Law Enforcement professionals and branches of the military. Using their revolutionary 3D imaging and custom made 3D shooting glasses, LiveSight 3D Anaglyphs bring the paper targeting system to life by using technology popularized by movie studios in the 1950s. These 3D targets now transform regular paper targets into interactive experiences that ensure the most realistic training on the market at a rate that is affordable for every agency.

Each trainer attending this course upon completion of classroom seminar and live fire training on the range will receive a certification in the use and application of 3D targeting (which can be used for In-Service Training of your department personnel). Training will cover all aspects of 3D targeting from academy recruits to the most seasoned veteran. Trainers will be amazed for the first time in history with how many applications of training fields open by using reality based targeting systems with live fire.

**This course is exclusively for Law Enforcement, Government and Corrections trainers.*

Thursday, April 24
8:00am – 12:00pm

## InfraGard Presents:

*INFRAGARD*
*MEMBERS ALLIANCE*

8:00am – 9:50am

## Dialog with a Dictator: Coming Face-to-Face with Saddam Hussein

**YOU WILL LEARN:**
- Interrogation tactics and techniques
- Insider conversations with Saddam from the man who had them
- The real story of Iraq's WMDs

**COURSE BENEFITS:**

With the release of *The Terrorist Watch: Inside the Desperate Race to Stop the Next Attack*, we all have a sense of the FBI's interrogation of Saddam Hussein. Join the FBI's InfraGard program to hear from the agent who performed the interrogation and learned the most intimate and interesting details about one of the cruelest despots of our time.

*Faculty: GEORGE PIRO, Supervisory Special Agent, FBI*

# CONFERENCE SESSIONS

## TERRORISM

Wednesday, 8:00AM - 9:00AM T1

### Homegrown Jihad: The International Experience

**YOU WILL LEARN:**
- How homegrown jihad has spread around the world
- Patterns and behavior of cells and how they choose their targets
- Who joins and why

**COURSE BENEFITS:**
The current wave of homegrown violence and radicalism is a new kind of threat confronting the world. As opposed to transnational terrorist groups with a well defined rank and a file, homegrown individuals and cells — present a much more insidious threat. Join world-renowned expert Rohan Gunaratna as he discusses emerging global trends and what to watch for.

*Faculty: ROHAN GUNARATNA, PhD, Head, International Centre for Political Violence and Terrorism Research, Institute of Defence and Strategic Studies, Nanyang Technologica University, Singapore*

Wednesday, 2:00PM - 2:50PM T2

### Homegrown Jihad: American Cells

**YOU WILL LEARN:**
- Types of cells that exist in the US
- Latest information on cells and their operations
- What types of targets they select and why

**COURSE BENEFITS:**
Join former FBI agent and lead investigator on the USS Cole bombing to discuss the cells that exist in our nation today. One of a handful of Muslim, Arabic speaking agents on 9/11, Soufan will reveal the latest information on American Jihad, what types of attacks the cells are planning and why we must remain at full alert.

*Faculty: ALI SOUFAN, President, Soufan & Associates*

Wednesday, 3:00PM - 3:50PM T3

### What Are the Terrorists Saying? Analyzing Jihadi Web Sites

**YOU WILL LEARN:**
- The latest messages on jihad web sites around the globe
- Information pertinent to law enforcement and homeland security officials to understand what may be coming
- Types of information most useful to track and ultimately capture terrorists

**COURSE BENEFITS:**
Ms. Katz, the author of *TERRORIST HUNTER: The Extraordinary Story of a Woman Who Went Undercover to Infiltrate the Radical Islamic Groups Operating in America*, co-founded the SITE Institute shortly after 9/11 to help us understand our enemy. Through continuous and intensive examination of extremist web sites, public records and international media reports, as well as through undercover work on both sides of the Atlantic, the SITE Institute swiftly locates links among terrorist entities and their supporters.

*Faculty: RITA KATZ, Executive Director, The SITE Institute*

Thursday, 8:00AM - 9:50AM T4

### Dialog with a Dictator: Coming Face-to-Face with Saddam Hussein

*Sponsored by:*



**YOU WILL LEARN:**
- Interrogation tactics and techniques
- Insider conversations with Saddam from the man who had them
- The real story of Iraq's WMDs

**COURSE BENEFITS:**
*The Terrorist Watch: Inside the Desperate Race to Stop the Next Attack*, gives us all a sense of the FBI's interrogation of Saddam Hussein. Join us with the FBI agent who performed the interrogation and learned the most intimate and interesting details about one of the cruelest dictators of our time.

*Faculty: GEORGE PIRO, Supervisory Special Agent, FBI*

Thursday, 2:00PM - 3:15PM T5

### State-Sponsored Terrorism

**YOU WILL LEARN:**
- The challenges of state-sponsored terrorism
- The implications for our international relationships with "allies" like Saudi Arabia or Russia

**COURSE BENEFITS:**
When Alexander Litvenenko was poisoned in London by a massive dose of polonium, the world watched in horror as the former KGB agent died a tragic and public death. Join his wife Marina to discuss the issues of state-sponsored terrorism from her perspective — and the message that her husband was scheduled to deliver at GovSec 2007.

*Faculty: MARINA LITVENENKO, activist*

Thursday, 3:30PM - 4:45PM T6

### Where America Is Vulnerable to Attack and What to Do About It

**YOU WILL LEARN:**
- How to identify vulnerabilities
- What steps must be taken to close the gaps

**COURSE BENEFITS:**
Over six years have passed since the 9/11 terrorist attacks on the US and more than four years have passed since the creation of the Department of Homeland Security (DHS). During Mr. Ervin's tenure as Inspector General of DHS his job was to evaluate how effectively the department was carrying out its critically important mission. Though marginal improvements have been made in certain aspects of security, the American people remain vulnerable to another attack.

*Faculty: CLARK ERVIN, former and first Inspector General, DHS; Head of Homeland Security, The Aspen Institute*

## SECURITY PLANNING

*Sponsored by:*
*District of Columbia*
*Protective Service Police*



Wednesday, 8:00AM - 9:00AM SEC1

### Successful Components of a Physical Security Program: Understanding Your Choices

**YOU WILL LEARN:**
- The options you have and how to select those that maximize your investment
- How to determine what you really need

**COURSE BENEFITS:**
Back by popular demand, Grassie presents the best understanding of how to develop the optimal security plan for your enterprise. He will outline the possibilities and teach you the best way to reduce risk, maximize your resources and defend your operations.

*Faculty: RICHARD P. GRASSIE, CPP, President, TECHMARK Security Integration, Inc.*

Wednesday, 2:00PM - 2:50PM SEC3

## Fundamentals of the Succession Planning Process

**YOU WILL LEARN:**
- Why succession planning is critical
- Why it doesn't always work the way you think it will
- How and why it's important to groom leaders within

**COURSE BENEFITS:**
To ensure continuity of operations, top executives understand that succession planning is a process that involves developing leaders in addition to identifying them.  Join one of the top succession planners in the nation to discuss the process and how an excellent program can benefit your enterprise.

*Faculty: JOSEPH L. BOWER, Donald Kirk David Professor of Business Administration, Harvard Business School*

Free copy of Dr. Bower's book, *The CEO Within: How Inside Outsiders Are the Key to Succession Planning* included.

*Pre-Registration for this session is required.*

Wednesday, 3:00PM - 3:50PM SEC2

## COOP Planning: What Not to Miss

**YOU WILL LEARN:**
- How to develop a COOP plan for your organization
- The essential components of a COOP plan

**COURSE BENEFITS:**
The session will provide a thorough overview of what COOP is, why COOP is important, what the Federal guidance/regulations/requirements are with COOP and what makes a viable COOP capability.  The session will provide an overview of mission essential functions, alternate facilities, orders of succession, delegations of authority and many other important COOP principles.

*Faculty: SCOTT RUTLER, Senior Associate, Booz Allen Hamilton*

Thursday, 8:00AM - 8:50AM SEC4

## Understanding Enterprise Security with Integration & Convergence

**YOU WILL LEARN:**
- What convergence engineering and enterprise security risk management mean
- The clear differences between IT and physical security

**COURSE BENEFITS:**
This session will explain the terms "convergence engineering" and "Enterprise Security Risk Management" and will discuss the business and technical implications for Fire and Security.  Engineering opportunities and trends are explored using real life examples as well as a case study approach to differences between IT and physical security and how to develop a best practice approach to projects that utilize the skill-sets of both.

*Faculty: SHAYNE BATES CPP, CISM, CHS-V, Koffel Associates, Inc.; WILLIAM KOFFEL, PE, FSFPE, Koffel Associates, Inc.*

Thursday, 8:00am - 8:50am CS5

## Securing the Remote Wireless Infrastructure

**YOU WILL LEARN:**
- How to secure data on remote devices
- How to assure the remedies don't kill the patient

**COURSE BENEFITS:**
Thousands of handheld devices, laptops, computers, thumb drives and 4GB Micro SD cards are lost or stolen every day. The growth of Wireless Broadband services to expand the enterprise creates new challenges on how to secure the data in transit, the data on the devices and access to a multitude of databases.  The challenge is to secure the asset, manage the access and make sure that it is not so hard to use that end users find ways to circumvent the security measures. The discussion will focus on each of the issues; securing the network, the devices, data in transit/data at rest and secure access to mission critical applications.

*Faculty: BERNARD MCMONAGLE, Director, Federal Government Data Solutions, Verizon*

Thursday, 9:00AM - 9:50AM SEC5

## The NIPP and Government Facilities: Secure Facilities, Safe Occupants

**YOU WILL LEARN:**
- The FPS and its vision, mission and guiding principles
- What FPS is doing to achieve the above
- FPS responsibilities as the Sector-Specific Agency designated to lead the Government Facilities Sector as part of the NIPP

**COURSE BENEFITS:**
The Federal Protective Service's vision is to ensure secure facilities and safe occupants. In doing so, it leverages its expertise to provide security and law enforcement services to tenants in GSA-controlled space. FPS is working to engage its stakeholders to more effectively distribute its workforce in a risk informed manner. Examples of FPS initiatives will be discussed and the updated Occupant Emergency Planning guide will be distributed.

*Faculty: GARY W. SCHENKEL, Director, Federal Protective Service; SUSAN BURRILL, Division Director, Risk Management, Federal Protective Service*

Thursday, 2:00PM - 3:15PM SEC6

## RAMP: Risk Assessment & Management

**YOU WILL LEARN:**
- Overview of the RAMP risk assessment methodology
- How state and local agencies can use RAMP to assist in their risk assessments

**COURSE BENEFITS:**
The Risk Assessment and Management Program (RAMP) — used to provide security services to government facilities — includes storage and analysis of risk data secured by inspectors at facility site assessments who will input data via laptops among other key factors. RAMP will conform to NIPP baseline criteria and consider threat, vulnerability and

consequence to address FPS's expanded role in facility protection as the Sector-Specific Agency for the Government Facilities Sector.

*Faculty: SUSAN BURRILL, Division Director, Risk Management, Federal Protective Service; MARK HARVEY, Deputy Director, Federal Protective Service*

Thursday, 3:30PM - 4:45PM SEC7

## To Leave or Not to Leave: Understanding Options in Evacuation

**YOU WILL LEARN:**
- How to develop a team and templates to identify risk and vulnerability inside and around the facility
- How people react to an event and whether they follow directions

**COURSE BENEFITS:**
The session will address the importance of creating a facility safety liaison team responsible for issuing evacuation/shelter in place guide, training, education and site risk assessment. Situational Awareness Communication will also be discussed — determining when to stay put or leave for all hazard events.

*Faculty: LAURA HAGG, Managing Director, Beck Disaster Recovery Services; BROCK LONG, Director, Beck Disaster Recovery Services*

## PHYSICAL SECURITY

Wednesday, 8:00AM - 9:00AM PS1

## The Myth of Industry Standardization

**YOU WILL LEARN:**
- The current and future state of governance in the security industry
- The distinction between proprietary standards and open standards

**COURSE BENEFITS:**
The future of the security industry is one based upon a closely governed set of standards, though it is yet to be known who should, or will, define them.  Federal contractors need the flexibility that a true open standard provides in order to do their jobs efficiently and thoroughly. Such a standard would enable greater interoperability between security components and systems and provide contractors with a virtual roadmap for meeting compliance regulations such as FIPS 201.

*Faculty: PETER BORISKIN, Vice President, Access Control, Tyco*

Wednesday, 2:00PM - 2:50PM PS2

## Managing Risk to Create Value: Total Security Management & Decision Support Tools

**YOU WILL LEARN:**
- Understand Total Security Management and its

contribution to ROI
- Understand how to defend and secure complex IT and physical security systems
- How to effectively use decision support tools

**COURSE BENEFITS:**
Three options exist for an enterprise faced with security challenges: 1) do nothing and accept the risk; 2) rely upon the governments to adequately meet this threat and secure international transportation; or 3) develop and implement a new approach that integrates security across a firm's entire enterprise. Option 3 includes Total Security Management and the effective use of decision support tools such as iJet Worldque and ORSUS Situator.

*Faculty: LUKE RITTER, Principal, Global Trade Security, Ridge Global, LLC*

Free copy of *Securing Global Transportation Networks* included. 

*Pre Registration for this session is required.*

Wednesday, 2:00PM – 2:50PM PS4
## Remote Monitoring for Real Situational Awareness of Security Incidents

**YOU WILL LEARN:**
- Demonstrations of connectivity of SMSe to overseas embassies and/or missions
- The capabilities of the monitoring centers

**COURSE BENEFITS:**
This presentation will give an overview of the computer-based, software-driven, Security Management System enterprise (SMSe) monitoring capabilities that enhance Diplomatic Security's ability to protect overseas facilities. This System allows two Washington-based monitoring centers, bi-directional communication with posts, ability to respond to alerts from a mission's security systems to take action or notify the appropriate person. The new Boeing two and three-dimensional display of an overseas mission by integrating post's security systems will be discussed and footage of the recent attacks on missions in Jeddah, Karachi and Damascus will be discussed. This System can be adapted by corporate or law enforcement organizations to monitor distant or local sites.

*Faculty: JAY MCKELVEY, Program Manager, Bureau of Diplomatic Security, U.S. Department of State*

Wednesday, 3:00PM – 3:50PM PS3
## Protecting the Nation's Critical Assets Through the Convergence of Physical and Logical Security

**YOU WILL LEARN:**
- How convergence can help get you compliant with HSPD-12
- How convergence helps with deployment of scalable, reliable identity management systems

**COURSE BENEFITS:**
Government agencies commission their physical and logical security teams with identical tasks: securing critical assets.

As agencies work toward these goals, there is only one option to protect mission-critical assets: convergence. Since HSPD-12, departments have been challenged with the deployment of scalable, reliable identity management systems that meet federally mandated requirements.

*Faculty: BABER AMIN, Senior Product Manager, Identity & Security Management, Novell, Inc.*

CYBER SECURITY

Thursday, 8:00AM – 8:50AM CS1
## Targeted Cyber Attacks: Exposing National Infrastructure Security Weaknesses

**YOU WILL LEARN:**
- Implications of cyber vulnerabilities
- How IT operations directly impact critical infrastructure

**COURSE BENEFITS:**
There are cyber vulnerabilities within our nation's critical infrastructures that if compromised could severally damage the US economy for months. These vulnerabilities exist throughout our lives in electrical plants, transportations systems and many others that we are completely dependent upon for our existence. Yet a simple attack could bring many of these systems to their knees and be even more devastating as a secondary attack.

*Faculty: JOHN BUMGARNER, Research Director for Security Technology, U.S. Cyber Consequences Unit*

Thursday, 9:00AM – 9:50AM CS2
## The New Cyber Defense Era

**YOU WILL LEARN:**
- How the specter of cyber warfare must change our thinking about security
- What we must do to plan and defend against attacks aimed at non-military targets such as our economy

**COURSE BENEFITS:**
According to a Pentagon report, Chinese military hackers have prepared a detailed plan to disable America's aircraft battle carrier fleet with a devastating cyber attack and regularly hack into top secret documents at the Pentagon and other agencies. Join one of the nation's leading experts to discuss the threat and how we must view cyber defense to assure our future.

*Faculty: SCOTT BORG, Director, U.S. Cyber Consequences Unit*

Thursday, 2:00PM – 3:15PM CS3
## Architecting Your IT Security Standards to Secure Your Enterprise

**YOU WILL LEARN:**
- How government organizations are architecting security measurement and management with standardization
- Benefits of standards

**COURSE BENEFITS:**
Large government enterprises are starting to architect their security measurement and management. By bringing standardization to their secure development, vulnerability, configuration and asset management and threat, intrusion and incident management and remediation, they are eliminating duplication and manual activities while providing flexibility and nimbleness in product choice and criteria.

*Faculty: ROBERT MARTIN, Principal Engineer, MITRE*

Thursday, 3:30PM – 4:45PM CS4
## Critical Information Infrastructure Protection

**YOU WILL LEARN:**
- The need for a viable partnership between the public and private sectors
- Interdependencies between public and private enterprises
- Goals for critical information infrastructure

**COURSE BENEFITS:**
The protection of national critical information infrastructures and cyberspace is essential to national security and economic wellbeing. Dependencies within sectors include integration with physical security processes as well as SCADA and Process Control Systems. The purpose of this presentation is to heighten awareness of the interdependencies and to provide a discussion of basic goals for the protection of critical information infrastructures and related networks and systems.

*Faculty: CASEY DUNLEVY, Senior Member, Technical Staff, Carnegie Mellon University, CERT; SAM MERRELL, Member, Technical Staff, Carnegie Mellon University, CERT*

CPM AT GOVSEC

Wednesday, 8:00AM – 9:00AM CPM1
## Developing a Global Partnership

**YOU WILL LEARN:**
- How public/private partnerships increase our national security
- How to encourage and develop partnerships between the public and private sectors
- Success stories of partnerships

**COURSE BENEFITS:**
The Overseas Advisory Council is tasked with protecting American interests overseas by promoting public-private security partnerships through leadership, information sharing and innovation. Through the Overseas Security Advisory Council (OSAC), the Diplomatic Security Service reaches out to the US private sector abroad creating a global partnership enhancing security capabilities of organizations and the US government. This session will outline the successful components of the program and how the public and private sectors work cooperatively to secure our citizens and interests abroad. The Rewards for Justice program will also be discussed.

*Faculty: TODD BROWN, Director, Overseas Advisory Council, Bureau of Diplomatic Security, U.S. State Department; BARRY ULRICH, Special Agent, Bureau of Diplomatic Security, U.S. Department of State*

Wednesday, 2:00PM – 2:50PM CPM2

## The NIPP and Its Private Sector Partners

**YOU WILL LEARN:**
- How the sector partners are working with government partners
- Private sector challenges

**COURSE BENEFITS:**
The NIPP Program Management Office will facilitate discussion on how the sector partners are working with government partners at all levels, private sector partners, owners and operators to implement the NIPP and the Sector Specific Plans. The discussion will address sector challenges and highlight the role of owners/operators in the implementation effort.

*Faculty: TBA*

Wednesday, 2:00PM – 2:50PM SEC3

## Fundamentals of the Succession Planning Process

*For session description and faculty, see page 8.*

Thursday, 8:00AM - 8:50AM CPM3

## Physical Security: Your Business Continuity Partner

**YOU WILL LEARN:**
- How to partner with physical security when developing and activating emergency notification procedures
- How physical security personnel can serve as liaisons with local emergency agencies
- The essential elements of a Business Continuity plan

**COURSE BENEFITS:**
Ideal for physical security and business continuity personnel, this session will explore the role of physical security within a resilient organization as seen through the eyes of a business continuity planner and a physical security manager.

*Faculty: DENNIS MORGAN, Honeywell Aerospace; JIM NELSON, MBCP, Business Continuity Services*

Thursday, 9:00AM - 9:50AM CPM4

## Using Standards for Building Business Continuity Programs

**YOU WILL LEARN:**
- How you can adapt existing standards to your program
- How such standards ease your audit and help you with compliance

**COURSE BENEFITS:**
We are always looking for the perfect template or checklist for use in business continuity planning, but why invent the wheel when there are already many good ones available? This session will demonstrate how you can adapt existing standards, such as NFPA 1600, various NIST 800-series documents, the DRII/DRJ GAP and BS 25999 Parts 1 and 2 and practices into working documents.

*Faculty: PAUL KIRVAN, FBCI, CBCP, CISSP, Marsh; CAROL L. ADAMS, CBCP, Senior Systems Analyst/Disaster Recovery, Business Continuity Coordinator, ALCOSAN*

Thursday, 2:00PM - 3:15PM CPM5

## The Process of Exercising Plans

**YOU WILL LEARN:**
- A new spin on how to exercise disaster recovery and business continuity
- The five levels a business area must pass to become operationally ready

**COURSE BENEFITS:**
Allstate has created an enterprise-wide process that puts a new spin on the old "crawl, walk, run" method of disaster recovery and business continuity exercises. Five different levels of exercises will be introduced, with each having set prerequisites and objectives that must be achieved to be successfully executed. Participants will receive tools including an exercise worksheet, a fully functional scorecard and an issue log.

*Faculty: JOHN KOTAS, CBCP, Allstate Insurance Company*

Thursday, 3:30PM – 4:45PM CPM6

## Private Sector Lessons from Government Continuity Planning

**YOU WILL LEARN:**
- Similarities in COOP and BC plan development
- COOP best practices

**COURSE BENEFITS:**
What do the US House of Representatives, the US Intelligence community and every US county have in common? They have continuity of operations plans (COOP), which are viewed as public sector counterparts of business continuity plans. In this session, attendees will learn COOP best practices, the similarities in COOP and BC plan development and ways to capitalize on COOP experience.

*Faculty: CHAS WALTS, MTSS Solutions*

### COUNTERTERRORISM TECHNOLOGY & TACTICS

Wednesday, 8:00AM - 9:00AM CT1

## Encountering Known or Suspected Terrorists

**YOU WILL LEARN:**
- The purpose and role of the Terrorist Screening Center
- How the TSC can assist federal, state and local law enforcement
- How to access the TSC's resources

**COURSE BENEFITS:**
The US Terrorist Screening Center (TSC), established December 2003 by Homeland Security Presidential Directive-6, serves as the government's consolidation point for known and suspected terrorist watchlist information, both foreign and domestic. The terrorist watchlist is one of the most significant information sharing tools used in the global war on terror.

*Faculty: LEONARD C. BOYLE, Director, Terrorist Screening Center, DHS*

Wednesday, 2:00PM – 3:50PM CT2

## Recognizing Fraudulent Passports & Visas

**YOU WILL LEARN:**
- The indicators of a fraudulent passport or visa
- The types of crimes associated with visa and passport fraud

**COURSE BENEFITS:**
The Diplomatic Security Service (DSS), the law enforcement and security branch of the US Department of State, will discuss the latest techniques and mechanisms used by terrorists and criminals to fraudulently issue, counterfeit and forge international US travel documents.

*This session is for law enforcement only.*

*Faculty: NICK SABRUNO, Manager, Criminal Fraud Investigations (CFI) Branch, Bureau of Diplomatic Security; JIM SCHNAIBLE, Chief, Overseas Criminal Investigators (OCI) Unit, Bureau of Diplomatic Security; ART LINDBERG, Fraud Prevention Programs, Bureau of Consular Affairs, Bureau of Diplomatic Security*

Thursday, 8:00AM - 8:50AM CT3

## Suicide Bombers: Globalizing Martyrdom

**YOU WILL LEARN:**
- How suicide bombers plan their operations
- The role of the Internet in recruitment and execution

**COURSE BENEFITS:**
Technology has progressively improved terrorist tactics and the Internet has taken the lead as an effective training tool where terrorists can share their successes and failures on a global scale. By examining various terrorist organizations and the individuals that are involved around the world, this session will illustrate how the groups and their attacks are manifested, strategically executed and then eventually immortalized via the Internet.

*Faculty: ADAM FOSSON, Terrorism Research Center*

Thursday, 9:00AM - 9:50AM CT4

## Suicide Bombers: Their Tools & Tactics

**YOU WILL LEARN:**
- History and motivation of suicide bombers
- Techniques from around the world used to mitigate attacks

**COURSE BENEFITS:**
This session will describe how suicide bombers operate, pick their targets and which tools they use to complete their mission. Participants will also learn the dangerous myths about suicide bombers and how to understand their true nature. A look at several case studies will clarify what techniques to use and what techniques not to use to combat them.

*Faculty: CHRISTOPHER MARTIN, Detective, Long Beach Police Department*

Thursday, 2:00PM - 3:15PM CT5
## Federal Resources to Prevent the Next Rad/Nuke Attack
**YOU WILL LEARN:**
- How we are integrating technology with existing CONOPS
- How we have improved detection methods

**COURSE BENEFITS:**
Working with federal, state and local jurisdictions, the Domestic Nuclear Detection Office is integrating technology with existing CONOPS against the threat of a radiological or nuclear attack on the country. The Domestic Nuclear Detection Office's mission is to improve the Nation's capability to detect and report unauthorized attempts to import, possess, store, develop or transport nuclear or radiological material for use against the Nation.

*Faculty: VAYL OXFORD, Director, Domestic Nuclear Detection Office, DHS*

Thursday, 3:30PM - 4:45PM CT6
## The Future of RFID
**YOU WILL LEARN:**
- Responsibilities of the DHS Screening Office
- Technologies currently employed and being considered to create a "smart" id card

**COURSE BENEFITS:**
The DHS Screening Office is responsible for integrating DHS screening and credentialing activities. Ms. Kraninger will discuss the card technologies currently employed and being considered to assure that divisions within DHS, such as CBP, TSA, USCIS and others have an accurate and fast way to identify individuals hostile to the United States while minimizing the delay to valid travelers.

*Faculty: KATHY KRANINGER, Director, Office of Screening and Coordination, DHS*

### FIRE SERVICES/ FIRST RESPONDERS

Wednesday, 8:00AM - 9:00AM FS1
## 4th Generation Warfare: What This Means for US First Responders
**YOU WILL LEARN:**
- How 4th generation warfare presents new challenges for first responders
- Changes needed to prepare first responders
- Overview of preparedness of medical, emergency managers and first responders

**COURSE BENEFITS:**
Fourth generation warfare, or armed conflict between a nation-state and an ideology-based militant group, is a topic that is rapidly gaining interest among government and military officials worldwide. First responder preparedness has been largely overlooked and dramatic changes are urgently needed. Special emphasis is given to the state of medical readiness, disaster preparation and first responder training.

*Faculty: CAREY PELTO, MD, Chairman, Tactical Emergency Medical Support Task Force, Central Mountain Training Foundation*

Wednesday, 2:00PM – 2:50PM FS2
## Firefighter Response to Terrorist Event
**YOU WILL LEARN:**
- How to identify a bomb or secondary device
- Procedures for searching for bombs
- Safety and evacuation procedures

**COURSE BENEFITS:**
This session will focus on bomb identification, bomb searching procedures, people movement during bomb evacuations, safety procedures during bomb explosions and prevention against terrorist's bomb placement.

*Faculty: Deputy Chief VINCENT "VINNY" DUNN, FDNY (Ret.)*

Wednesday, 3:00PM – 3:50PM FS3
## Command Safety – Managing Hazard Zone Operations
**YOU WILL LEARN:**
- How to integrate safety into command functions

**COURSE BENEFITS:**
Regardless of the size of the event, the physical labor performed to end the incident is generally performed within the hazard zone. The Incident Commander must automatically integrate standard safety management into the regular command functions to provide for responder welfare and survival. This session will describe and discuss how this safety and command connection is created.

*Faculty: Chief ALAN BRUNACINI, Phoenix Fire Department (Ret.)*

Thursday, 8:00AM – 8:50AM FS4
SEE IT FIRST AT GOVSEC!
## Technology Breakthrough: Managing Your Scene with Response Mobile Communications System
**YOU WILL LEARN:**
- Bleeding edge technology that allows you to mange your scene down to the last person
- Track and see all of your personnel to assure a comprehensive picture of the scene

**COURSE BENEFITS:**
Response Mobile Communications System (RMCS) is a true working incident scene management system. As a military war fighter technology transfer effort "Tactical to Practical" this system of systems provides Incident and Military Commanders total transparency in tracking personnel within structures. This accountability system provides a meshed network of communications that provide the Incident Commanders total situational oversight and control.

*Faculty: SHARON MACKEY, Chief, Commercial Wireless Branch, Tactical Wireless Network Division, Fort Monmouth, New Jersey; JOHN C. ERICHSEN, Chief, Ft. Monmouth Fire and Emergency Services*

Thursday, 9:00AM - 9:50AM FS5
## All Together Now!  Unified Command at Terrorist Incidents
**YOU WILL LEARN:**
- Interaction between fire, police and hazmat under NIMS
- Case studies of local and global incidents

**COURSE BENEFITS:**
Training will cover Police/Fire/Hazmat interactions at suspected terrorist incidents. This session will cover best practices needed by all three to ensure a successful operation. Case studies from Prince William County, VA, Fairfax County, VA and around the world will show different ideas of what can work for different jurisdictions.

*Faculty: NICK BASKERVILLE, Technician II, Prince William County, VA, DFR; REGINALD JOHNSON, Captain, Fairfax County, VA, Fire & Rescue*

Thursday, 2:00PM – 3:15PM FS6
## Explosives and Blast Injuries
**YOU WILL LEARN:**
- How to recognize different explosives
- Tactics of terrorists and characteristics of blast injuries

**COURSE BENEFITS:**
The Improvised Explosive Device, or IED, has revolutionized modern warfare in recent years. First responders in the continental US are largely inexperienced in these devices and lack training in explosives recognition, characteristics and injuries. This session will provide an overview of many explosive types, with examples of recent attacks. Terrorist explosive tactics, the characteristics of blast injuries, including their recognition, treatment and possible preventive strategies will be discussed.

*Faculty: CAREY PELTO, MD, Chairman, Tactical Emergency Medical Support Task Force, Central Mountain Training Foundation*

Thursday, 3:30PM - 4:45PM FS7
## Identifying Explosives & Dirty Bombs: Hands-On
**YOU WILL LEARN:**
- See and touch basic explosives
- How dirty bombs are different and how your procedures change

**COURSE BENEFITS:**
This session will discuss the hazards of each type of explosive and where first responders might encounter them. Participants have an opportunity to view and handle actual inert explosives such as dummy blasting caps, dynamite, military ordnance and improvised explosive devices (IEDs). Pickett will also cover dirty bombs, their impact and proper safety procedures.

*Faculty: MIKE PICKETT, Author, Explosive Identification Guide*

Free copy of *Explosive Identification Guide* included.
*Pre Registration for this session is required.*

## Wednesday, April 23

| 8:00AM - 9:00AM | ■ CPM1 - Developing a Global Partnership |
| | ▨ CT1 - Encountering Known or Suspected Terrorists |
| | ▨ FS1 - 4th Generation Warfare:  What this means for US First Responders |
| | ▨ PS1 - The Myth of Industry Standardization |
| | ▨ SEC1 - Successful Components of a Physical Security Program:  Understanding Your Choices |
| | ▥ T1 - Homegrown Jihad:  The International Experience |
| | ● FISSEA:  What your Employees Need to Know About Information Security |
| 8:00AM - 4:00PM | ● Green Cross Academy of Traumatology Annual Conference |
| 9:15AM - 10:00AM | Opening Keynote with Julie L. Myers, Assistant Secretary of Homeland Security, U.S. Immigration & Customs Enforcement |
| 10:00AM - 6:00PM | EXPOSITION SHOW FLOOR OPEN |
| 11:00AM - 11:30AM | First Responder Keynote with Gregory B. Cade, Assistant Administrator, FEMA, US Fire Administration |
| 12:00PM - 12:30PM | US Law Keynote with Greg Massa, Chief, National Joint Terrorism Task Force, FBI |
| 1:00PM - 4:00PM | ● LiveSight Target Systems Training & Certification Course    *LIVESIGHT Target Systems, Inc.* |
| 2:00PM - 2:50PM | ▨ ■ SEC3 - Fundamentals of the Succession Planning Process |
| | ■ CPM2 - The NIPP and Its Private Sector Partners |
| | ▨ FS2 - Firefighter Response to Terrorist Event |
| | ▨ PS2 - Managing Risk to Create Value: Total Security Management & Decision Support Tools |
| | ▨ PS4 – Remote Monitoring for Real Situational Awareness of Security Incidents |
| | ▥ T2 - Homegrown Jihad:  American Cells |
| | ● D*I*C*E Security Awareness Briefing |
| 2:00PM - 3:50PM | ▨ CT2 - Recognizing Fraudulent Passports & Visas |
| 3:00PM - 3:50PM | ▨ SEC2 - COOP Planning: What Not to Miss |
| | ▨ FS3 - Command Safety – Managing Hazard Zone Operations |
| | ▨ PS3 - Protecting the Nation's Critical Assets Through the Convergence of Physical and Logical Security |
| | ▥ T3 - What Are the Terrorists Saying?  Analyzing Jihadi Web Sites |
| 4:00PM - 6:00PM | Patriot Reception |

KEY
- ▨ Counterterrorism Technology & Tactics
- ■ CPM at GovSec
- ■ Cyber Security
  Sponsored by
  **DEFENSE**
- ▨ Fire Services
- ▨ Physical Security
- ▨ Security Planning
  Sponsored by
- ▥ Terrorism
- ● Training

## Thursday, April 24

| | |
|---|---|
| 8:00AM - 8:50AM | ■ ● CPM3 - Physical Security: Your Business Continuity Partner<br>■ CS1 - Targeted Cyber Attacks: Exposing National Infrastructure Security Weaknesses<br>▨ CT3 - Suicide Bombers: Globalizing Martyrdom<br>■ FS4 - Technology Breakthrough: Managing Your Scene with Response Mobile Communications System<br>▨▨ SEC4 - Understanding Enterprise Security with Integration & Convergence<br>▨▨ CS5 - Securing the Remote Wireless Infrastructure |
| 8:00AM - 9:30AM | The Infrastructure Security Partnership (TISP) Breakfast |
| 8:00AM - 9:50AM | ▨ ● Dialog with a Dictator: Coming Face-to-Face with Saddam Hussein *Sponsored by* INFRAGARD MEMBERS ALLIANCE |
| 8:00AM - 4:00PM | ◉ Green Cross Academy of Traumatology Annual Conference |
| 9:00AM - 9:50AM | ■ CPM4 - Using Standards for Building Business Continuity Programs<br>■ CS2 - The New Cyber Defense Era<br>▨ CT4 - Suicide Bombers: Their Tools & Tactics<br>■ FS5 - All Together Now! Unified Command at Terrorist Incidents<br>▨▨ SEC5 - The NIPP and Government Facilities: Secure Facilities, Safe Occupants |
| 9:00AM - 10:30AM | Information Assurance for Executives |
| 10:00AM - 3:00PM | EXPOSITION SHOW FLOOR OPEN |
| 11:00AM - 12:00PM | Cyber Security Keynote with Lauri Almann, Permanent Undersecretary of Defence, Republic of Estonia *Sponsored by* DEFENSE |
| 12:15PM - 1:45PM | ASIS Law Enforcement Appreciation Luncheon |
| 1:00PM - 5:00PM | Information Assurance for Senior-Level Managers |
| 2:00PM - 3:00PM | BENS |
| 2:00PM - 3:15PM | ■ CPM5 - The Process of Exercising Plans<br>■ CS3 - Architecting Your IT Security Standards to Secure your Enterprise<br>▨ CT5 - Federal Resources to Prevent the Next Rad/Nuke Attack<br>■ FS6 - Explosives and Blast Injuries<br>▨▨ SEC6 - RAMP: Risk Assessment & Management<br>▨ T5 - State-Sponsored Terrorism |
| 3:30PM - 4:45PM | ■ CPM6 - Private Sector Lessons from Government Continuity Planning<br>■ CS4 - Critical Information Infrastructure Protection<br>▨ CT6 - The Future of RFID<br>■ FS7 - Identifying Explosives & Dirty Bombs: Hands-On<br>▨▨ SEC7 - To Leave or Not to Leave: Understanding Options in Evacuation<br>▨ T6 - Where America Is Vulnerable to Attack and What to Do About It |



# GovSec, U.S. Law and Ready EXPOSITION

The GovSec, U.S. Law and Ready Exposition provides you with a seamless show floor packed with the latest products and services to help you prepare for tomorrow. You'll find exhibitors specializing in access control and authentication, integrated security management systems, IT security, vehicles, personal protection equipment, records management and much more! Visit www.govsecinfo.com for more information on the 2008 exhibitors.

**FREE with Expo Only Registration:**
- Keynote Sessions
- Education Pavilion
- Oakleys at the GovSec, U.S. Law and Ready booth
- Lunch Voucher
- Training and Workshops
- Visit www.govsecinfo.com for more details!

# GovSec, U.S. Law and Ready EXHIBITORS

3VR Security Inc
433 Location Aware Technology
5.11 Tactical Series
AC/DC Industries, Inc.
Action Airgun, LLC
Action Target
ADASHI / First Response
Advanced Weapons Technology
Ahura Scientific, Inc.
AlliedBarton Security Services
AMAG Technology
American Anti-Ram
American Science and Engineering
American Technology Corporation
Ameripack, Inc.
ASG Security
ASSA ABLOY ISS
Axis Communications Inc.
B & B ARMR Corporation
B & H Photo Video Pro Audio
Bellevue University
Biometrics Task Force
Bruhn Newtech, Inc.
BW Technologies
C & J Services & Supplies Inc
C&S Antennas
California University of PA
CamelBak Products, Inc.
Capitol College
Card Scanning Solutions
CEIA USA
Cernium Corporation
Code 3, Inc.
CODY Systems
Cohu Inc. - Electronics Division

ColorID, LLC
Columbia Southern University
Comtech Mobile Datacom Corporation
Concentric Security LLC
CorpsWorks, Inc.
CP Films, Inc.
Crystal Group, Inc.
Defense Supply Center Philadelphia
Defenshield Inc.
Delta-Xray
DIEBOLD, INC.
DKS DoorKing, Inc.
DMP
Document Forensics Inc.
Dodgen Mobile Technologies
DynCorp International
Entech Signs
ePlus Inc.
Executive Protection Systems
Extreme Security Vehicles Inc.
Eyak Architecture & Engineering LLC
Farber Specialty Vehicles
FastVDO
Federal Signal Corporation
Fisher Research Laboratory
FNH USA
Garrett Metal Detectors
GigaBiter
GlassLock
Glock, Inc.
Harley-Davidson Motor Company
HID Global
Hirsch Electronics
IDenticard Systems, Inc.
IES Interactive Training

ImageNow by Perceptive Software
Inficon, Inc.
INOVA
Intec Video Systems
Intelligence Careers
International Fiber Systems, Inc.
International Truck and Engine Corp.
IPVS Magazine
ITT Night Vision
Kaba Access Control
Lawmen Supply Co., Inc.
LDV, INC.
Lenel, a UTC Fire & Security Co.
Little Giant Ladders / Wing Enterprises
Logistic Systems, Inc.
Lumenyte
Maryland Fire and Rescue Institute
Mayday Industries
MDI Traffic Control Products
Medeco High Security Locks
Militec, Inc.
Mobilisa, Inc.
Modu-Built Industries, Inc.
MSA
National Defense Industry Association
National Response Center
National Seating
Nat'l Ctr. for Biomedical Research and Training
Natl Law Enforcement Officers Memorial Fund
Nextteq, LLC
Northrop Grumman Corporation
Northwest Territorial Mint
Norwich University

NRA-Law Enforcement Division
NW School of Survival
OSI Security Devices
Penco Products Inc.
Pennsylvania State University
PENTAX Imaging
Petards Inc
Philips
Pierce Mfg.
Plastic Card Systems
Point Blank Body Armor-PACA Body Armor
Power Tech Inc. / Smith & Wesson Flashlight
PowerFlare Corp.
PPC
PRO Barrier Engineering
PureTech Systems Inc.
Qual-tron, Inc./ Critical Imaging LLC
Quartermaster
RADeCO
Rainbow CCTV
Rajant Corporation
Rapiscan Systems
Raytheon / JPS Communications
RedMan Training Gear
RELM Wireless
RiskWatch, Inc.
Rite in the Rain
Roco Rescue
Sayre Enterprises, Inc.
Securitag Assembly Group, Ltd
Security Cameras Direct
ShieldSpec (UCP)
SidePlate Systems, Inc.

Sigarms, Inc.
Smiths Detection
SOG Specialty Knives
Solos Group LLC
Streamlight, Inc.
Stryker
Summit Point Automotive Research Center
SWE-DISH Satellite Systems
SymbolArts
TAC
Taser
Tex-Shield, Inc.
Thales Communications
The Sigman Group
The Whitlock Group
Thermo Fisher Scientific
Tiffin Metal Products Co.
TigerLight, Inc.
Trimble
Tyco / Scott Health and Safety
Tyco International
Tyco International /Allied Tube & Conduit
U.S. Security Associates
UltraVision Security Systems
University of Phoenix
Upper Iowa University
US Tactical Supply
USIS
Verizon Wireless
videoNEXT
Whelen Engineering Co., Inc.
Xcaper Industries, LLC
XO Armor

As of 12/11/2007



## 2008 GovSec, U.S. Law and Ready LIAISON COMMITTEES

Special thanks to our esteemed GovSec, U.S. Law & Ready liaison committee members. Each has given a tremendous amount of time and effort to assure that you have an exceptional educational experience at the conference. For a complete list of members, please visit www.govsecinfo.com.

Thank you also to all of our public and private partners who work to assure that everything in the program is top notch. For a full list of public and private cosponsoring organizations, please visit www.govsecinfo.com.

# REGISTRATION INSTRUCTIONS

## 3 Easy Ways To Register!

**1** ONLINE: Go to www.govsecinfo.com and click on the 'Register Now' button. Enter the Registration Code located above your address in this brochure when prompted.

**2** FAX the completed registration form to: 508-759-4552

**3** MAIL: Complete the registration form in this brochure and mail to:
GovSec, U.S. Law and Ready 2008
c/o Convention Data Services
107 Waterhouse Rd.
Bourne, MA 02532

### REMEMBER YOUR REGISTRATION CODE!
Enter the Registration Code to secure discounts and for a chance to win a pair of Oakleys. Every week, five people who have registered for the event will receive a pair of Oakleys. Names will be posted at www.govsecinfo.com, winners must pick up their sunglasses at the event. Your Registration Code is located above your address on this brochure.

## Policy Information

### Cancellation Policy
Cancellations postmarked before or on April 11, 2008 will receive a refund less a $50 processing fee. No refunds will be issued for cancellations received postmarked on or after April 12, 2008. There are no refunds given if you do not attend the event.

### Substitution Policy
Substitutions, including those made onsite, are allowed with written permission of the original registrant. Please submit the request in writing to GovSec, U.S. Law and Ready 2008 Registration, 3141 Fairview Park Drive, Suite 175, Falls Church, VA, 22042.

### Age Policy
No one under the age of 18 is permitted to attend GovSec, U.S. Law & Ready 2008 or enter the exhibit hall during set-up, show hours or move out.

### Questions
If you need assistance, please contact Customer Service at 800-746-0099.

## Hotels

Traveling to the show and need a place to stay? GovSec, U.S. Law and Ready work with surrounding hotels to secure exclusive discounts on hotel rates. Visit www.govsecinfo.com and click on Hotel and Travel to book your room. Please do not contact the hotels directly as these rates are only available from GovSec, U.S. Law and Ready. Questions? Please call 800.746.0099.

**Comfort Inn**
1201 13th Street, NW
Rate: $221

**Four Points**
1201 K Street, NW
Rate: $275

**Henley Park Hotel**
926 Massachusetts
Avenue, NW
Rate: $249

**Red Roof**
500 H Street, NW
Rate: $179

**Renaissance**
999 Ninth Street, NW
Rate: $309
Government Rate: $201

# GovSec, U.S. Law and Ready REGISTRATION FORM

## Contact Information

Phone _____

Fax _____

E-mail (required) _____

**Complete the following only if you have changes to the information printed below.**

Name _____

Title _____

Organization _____

Address _____

City, State, Zip _____

☐ Check here if you wish to NOT receive event email updates

☐ Check here if you would like to remove your email address from the information that is shared. The information provided here will be used, if you so choose, to share with exhibitors on the Exposition Show Floor.

By providing your information on this form, you explicitly consent to receive fax, telephone and email communications from GovSec, U.S. Law and Ready Exposition & Conference/1105 Government Information Group under 47 U.S.C. § 227.

## Package Selection

☐ Exposition Only – Free with your Registration Code # _____ @ $0

☐ Full Conference

| | | | |
|---|---|---|---|
| ☐ Government | # _____ | @ $195 | = subtotal: _____ |
| ☐ Industry | # _____ | @ $595 | = subtotal: _____ |

Please indicate the sessions you plan to attend:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ T1 | ☐ SEC1 | ☐ SEC7 | ☐ CS2 | ☐ CPM3 | ☐ CT3 | ☐ FS3 |
| ☐ T2 | ☐ SEC2 | ☐ PS1 | ☐ CS3 | ☐ CPM4 | ☐ CT4 | ☐ FS4 |
| ☐ T3 | ☐ SEC3 | ☐ PS2 | ☐ CS4 | ☐ CPM5 | ☐ CT5 | ☐ FS5 |
| ☐ T4 | ☐ SEC4 | ☐ PS3 | ☐ CS5 | ☐ CPM6 | ☐ CT6 | ☐ FS6 |
| ☐ T5 | ☐ SEC5 | ☐ PS4 | ☐ CPM1 | ☐ CT1 | ☐ FS1 | ☐ FS7 |
| ☐ T6 | ☐ SEC6 | ☐ CS1 | ☐ CPM2 | ☐ CT2 | ☐ FS2 | |

### Networking Events

☐ Patriot Reception     # _____ of tickets @ $35 = subtotal: _____
    To sponsor a table, please call 800.746.0099

☐ The Infrastructure Security Partnership # _____ of tickets @ $40 (member); $60 (non-member) = subtotal: _____
    (TISP) Breakfast

☐ ASIS Law Enforcement Appreciation Luncheon     # _____ of tickets @ $45 = subtotal: _____

☐ BENS     # _____ of tickets @ $0 = subtotal: _____

### Training & Workshops

☐ Green Cross Academy of Traumatology Annual Conference
    # _____ of tickets @ $175 (member); $200 (non-member) = subtotal: _____

☐ DICE Security Awareness Briefing     ☐ LiveSight Target Systems Training     ☐ Information Assurance for Senior Level Managers

☐ FISSEA Session     ☐ Information Assurance for Executives

☐ InfraGard Session

## Your profile

**1. Please indicate your primary organization type** (select only one):
☐ Department of Defense (Army, Navy, Air Force, Marine Corps, Military)
☐ Department of Homeland Security
☐ Department of Justice
☐ Bureau of Diplomatic Security, Dept of State
☐ Executive/Legislative Branch
☐ Other Federal Agency
☐ State Government
☐ County/Municipal/City Government
☐ Law Enforcement
☐ Fire Services
☐ Emergency Management/Preparedness
☐ Education
☐ Association
☐ Security Service Provider/Manufacturer
☐ Consulting/Systems Integration

☐ Federal Law Enforcement
☐ Incident Preparedness & Response
☐ Industry Manufacturer/Supplier
☐ Integration of Intel, Operations & Systems
☐ IT/Cyber Security
☐ Physical/Facility Security
☐ Policy/Planning
☐ Procurement/Purchasing
☐ Program/Project Management
☐ Public Safety
☐ Research/Development
☐ Search & Rescue
☐ Sheriff
☐ State/Municipal/Local Law Enforcement
☐ Training
☐ Other_____

**2. Please indicate your GS level** (if you do not have a GS level, select Not Applicable):
☐ Not Applicable
☐ SES
☐ GS 15
☐ GS 13-14
☐ GS 7-12

**3. What is your role in the purchase of products and services related to security?** (select only one)
☐ Final decision making authority
☐ Recommend – provide user input
☐ Specify

**4. What is your primary job function?** (select all that apply)
*If you selected Law Enforcement in question 1, please proceed to question 5.*
☐ Border/Port/Transit Security
☐ EMT/Paramedic

**5. LAW ENFORCEMENT ONLY**
What is your primary job function? (select only one)
☐ Federal Law Enforcement
☐ State/Highway Patrol
☐ Municipal/County Law Enforcement
☐ Sheriff
☐ Military Police
☐ Training
☐ University Police
☐ Correctional Institution Officer
☐ Transportation Security (Airport/Harbor/Railroad)
☐ Other_____

**6. What is your organization's annual budget?**
☐ Less than $500,000
☐ $500,000 - $999,999
☐ $1 million - 2.9 million
☐ $3 million - $4.9 million
☐ More than $5 million

## Payment

☐ Approved Federal Government Voucher SF182 (attach voucher)

☐ Approved P.O. No. _____ (attach copy of approved P.O.)

☐ Check – Make check payable to: GovSec 2008

☐ Credit Card:   ☐ VISA   ☐ MasterCard   ☐ AMEX

Account No.: _____

Exp date: _____

Cardholder's Name: _____

Signature: _____

*We gladly accept SmartPay.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CV-00590 (PLF) |
| ) | |
| v. ) | |
| ) | |
| JIMMI M. HANSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF LENE LANGE GAMMELGAARD

LENE LANGE GAMMELGAARD. declares the following to be true under penalty of perjury pursuant to 28 U.S.C. §1746:

1.      I am an attorney admitted to practice in Denmark.  I am a member of the DELACOUR law firm, counsel to plaintiffs Spectronic Denmark A/S ("Spectronic"), DTC Communications, Inc. ("DTC") and Domo, Limited ("Domo") (collectively "Plaintiffs") in an action instituted against defendants Jimmi M. Hansen ("Hansen"), Henrik Klebaek ("Klebaek"), Kent Messerschmidt ("Messerschmidt") and Covidence A/S ("Covidence") (collectively "Defendants") on July 9, 2007 in Denmark (the "Danish Action").  As such, I am fully familiar with the facts and circumstances set forth herein.

2.      Plaintiffs commenced the Danish Action in July, 2007 alleging that the three individual defendants violated Section 1 of the Danish Marketing Practices Act.  Section 1

of the Danish Marketing Practices Act requires that all business persons "shall exercise good marketing practice with reference to consumers, other traders and public interests."

3.     When Plaintiffs commenced the Danish Action in July, 2007, prior to submitting their proof, Plaintiffs' initial papers contained a request for preliminary and permanent injunctive relief enjoining Defendants from further violating Danish law by unfairly competing with Plaintiffs.

4.     In Denmark, when a party seeks preliminary injunctive relief, the matter is referred to a "bailiff's court" before proceeding to a "civil court" for a full consideration of the entire case.

5.     In the Danish Action, Plaintiffs' request for a preliminary injunction was referred to the bailiff's court of Randers.  The bailiff's court of Randers did not grant the parties a hearing on the matter until December, 2007.

6.     In the interim between Plaintiffs' filing of the Danish Action in July, 2007 and the hearing in December, 2007, Plaintiffs sought assurances that all of the customer, supplier, and end-user information discussed during the hearing would remain sealed and confidential.

7.     Prior to the hearing in December, 2007, Plaintiffs did not receive such assurances and relayed this information to many of their customers and suppliers prior to the December, 2007 hearing.

8.     After learning that the hearing (and all written material produced in connection therewith) might not remain sealed or confidential, many of Plaintiffs' largest and

2

most important customers (including several government agencies in the United States) advised Plaintiffs that they preferred to conceal their identity and abstain from participating in the four day hearing to be held in December. This request was understandable given the highly secretive and confidential nature of the surveillance and security industry.

9.    Many of Spectronic's customers and suppliers, however, agreed to the use of their names and information by Spectronic in connection with the hearing.

10.    Specifically, 48 customers and seven suppliers of Plaintiffs agreed to be included in the proof at the hearing before the bailiff's court of Randers. Consequently, Plaintiffs submitted a list of 48 customers to the bailiff's court as "Bilag n.r. 1" and a list of seven suppliers as "Bilag n.r. 2" to the bailiff's court. True and accurate copies of these lists are appended hereto as **Exhibits A** and **B**, respectively.

11.    Plaintiffs requested that the bailiff's court issue a preliminary injunction enjoining Defendants from having any direct or indirect business contact with any of the 48 customers listed in **Exhibit A**.

12.    Plaintiffs further requested that the bailiff's court enjoin the Defendants from having any contact with the seven suppliers listed in **Exhibit B**.

13.    Plaintiffs did not identify any other customers or suppliers to the bailiff's court and did not request an injunction against customers or suppliers not identified in **Exhibits A** and **B**.

14.     After a four day hearing in December, 2007, the bailiff's court granted Plaintiffs' request in its entirety and enjoined Plaintiffs from working with any of the entities identified in the only two lists provided to the bailiff's court by Plaintiffs.

15.     Specifically, the court enjoined Defendants from doing any business, directly or indirectly with the following customers:  Adaptive Digital Systems; Andyteh Concept Srl; ATEK Pty Ltd.; Audio and Acoustics; Avex B. V.; Baewoon Company Ltd.; Beling d.o.o., Elect Eng.; Brimfek Inc.; BSS PREKYBA, UAB ; Carinex Ltd.; Colvista Ltda.; Comercializadora White; DTC Communications, Inc.; Dyplex Communications Ltd.; Excellence Tech; FGH Security; Findme Solutions; Fotovideo De Colombia S.A.; Frassini company BVBA; G&R Ltd.; Gamma TSE Ltd.; Gans & Pugh Associates Inc.; Gecomse s.a.; Griff Comm Ltd; GS VBS; C Technologie; Komcentra s.r.o; LongHope Anhua Police; Manifest Marketing Ltd.; Mass International Ltd ; Metco; Microtec Sicherheitstech. GmbH; MIS; Moseco; MOTEC Sdn. Bhd.; New Springs Co., LTD; Parinto cc; PAZ Logistics Ltd.; PT Satria Jaya Abadi; RA.SE.T s.r.l.; Raytheon; SAGA D.O.O.; Shanghai Unitech Ltd.; ST Electronics; VASTech; Viper (Thai) Co. Ltd.; Wonda Group (Asia) Limited; Xlefeng Technology Co. Ltd.; and XTEK LTD.

16.     Seven of the above listed 48 customers are American companies with actual brick-and-mortar physical presences in the United States, including:  Adaptive Digital Systems (20322 South West Acadia, Newport Beach, California 92660); Brimtek Inc. (43720 Trade Center Place, Suite 60, Dulles, Virginia 20166); Comercializadora White (172 Lynn Loop, Laredo, Texas 78045); DTC Communications, Inc. (486 Amherst Street, Nashua, New Hampshire 03063); Gans & Pugh Associates Inc. (690 Center Street, Suite 201, Herndon, Virginia 20170); and Raytheon (7700 Arlington Boulevard, Falls Church, Virginia 22042).

17.     The bailiff's court further enjoined Defendants from "working with," either "directly or indirectly," the following suppliers of Spectronic:  QM-tech maskinfabrik Apsl; Elsy spol s r.o.; Jiri Kremar; ETK Electronik A/S; MiTek Electronics; Michael G. Mosevangen; GPV Danprint A/S; and Homatic A/S.

18.     Additional customers and suppliers would have been added to these lists; however, since many of Plaintiffs' customers wished to remain anonymous during these proceedings, Plaintiffs did not submit their names to the bailiff's court for consideration in December, 2007.  The January 8, 2008 decision of the bailiff's court of Randers specifically recognizes this fact and states:  "[P]laintiffs have chosen not to name such customers to protect their privacy."  Consequently, these customers were not listed as part of Appendices 1 and 2 to the January 8 decision.  A true and accurate certified translation of the relevant portion of the court's decision adopting and incorporating **Exhibits A** and **B** is appended hereto as **Exhibit C**.

19.     The bailiff's court of Randers did not deny any of the requests made by Plaintiffs during the December 7, 2007 hearing.

20.     The Danish Action now proceeds to a civil court for a "confirmatory action" where Plaintiffs intend to seek even broader relief on a more permanent basis following the conclusion of expedited discovery in this matter.

21.     In the meantime, the Danish police continue their investigation into Defendants' theft of Plaintiffs' proprietary and trade secret information.  A true and accurate summary of the Danish proceedings prepared my law firm is appended hereto **Exhibit D**.

/s/  Lene Lange Gammelgaard

_____
Lene Lange Gammelgaard

861167v1

# EXHIBIT A

Bilag nr.

DELACOUR Advokatfirma

| Debitornavn | Adresse |
|---|---|
| Adaptive Digital Systems | 20322 SW Acacia St.Newport BeachCA 92660 |
| Andyleh Concept Srl | Bucuresti str.Negoiu nr 6, Bl.D12 sc, 2 et. 1 Ap. 22RO - 031126, BucharestRomania |
| ATEK Pty Ltd. | 121, Alton RoadMount Macedon |
| Audio and Acoustics | Schotsbossenstraat 10 b4705 AG RoosendaalThe Netherlands |
| Avex B. V. | De Corridor 193621 ZA BREUKELENNetherlands |
| Beewoon Company Ltd. | Suite 1102, Samheung Bldg,705-9 Yeoksam-Dong Gangnam-GuSeoul 135-711Republic of Korea |
| Beling d.o.o. Elect Eng. | Candekova 23 B51000 RijekaCroatia |
| Brimtek Inc. | 43720 Trade Center Place, Suite 160 Dulles, VA USA 20166-2189 |
| BSS PREKYBA, UAB | P. Luksio g. 70B221 VILNIUSLithuania |
| Carinex Ltd. | Nagyszolos u. 51P. O. Box 19H-1518 BudapestHungary |
| Colvista Ltda. | Avenida El Dorado No. 69 C-03Piso 9Bogota DC.Colombia |
| Comercializadora White | Attn.: Alberto Martinez172 Lynn LoopLaredo, TX 78045USA |
| DTC Communications, Inc. | 486 Amherst StreetNashua, NH 03063 |
| Dyplex Communications Ltd. | 107, Woodbine Downs BlvdUnits 7 & 8Etobicoke, OntarioM9W 6Y1Canada |
| Excellence Tech | PO Box 73P.C. 134Jawharat Al ShantiSultanate of Oman |
| FGH Security | 55, Edouard BranlyF-45800 Saint Jean de BrayeFrance |
| Findine Solutions | 37, Tannery Lane#05-06 Tannery HouseSingapore 347790Singapore |
| Fotovideo De Colombia S.A. | Calle 23, No. 5-98Santa Fé de BogotáColombia |
| Frassini company BVBA | Handelsstraat 1 B32910 EssenBelgium |
| G&R Ltd. | ul. Srodzlemnomorska 29, 02-758 WarszawaPoland |
| GammaTSE Ltd. | Unit 6, Parnell CourtEast PortwayAndoverHants, SP10 3LXUnited Kingdom |
| Gans & Pugh Associates Inc. | 690 Center Street, Suite 201Herndon, VA 20170USA |
| Gecomse s.a. | C/Mota del Cuervo 7428043 MadridSpain |
| Griff Comm Ltd | Unit 31Dolaa Road Enterprise ParkLlandrindod WellsPowys LD1 6DFUnited Kingdom |
| GS VBS, C Technologie | Mr. Ulrich NeuhausPaplermühlestrasse 14aCH-3003 BernSwitzerland |
| Komcentra s.r.o | Dejvicka 33CZ-16000 Praha 6Czech Republic |
| LongHope Ahtua Police | Suite B202, Zizhu Garden88 Zizhuyuan RoadBeijing 10089China |
| Manifest Marketing Ltd. | 12D, Turst Tower68 Jonston RoadWanchaiHong Hong |
| Mass International Ltd | 1110-1113, Unit Plaza, 11 Floor.I.I. Chundigar Road74000 KarachiPakistan |
| Metco | P. O. Box 3795112 MuscatOman |
| Microtec Sicherheitstech. GmbH | Panroderstrasse 48D-85510 Hünstetten Germany |
| MIS | 9 El Gazair St. MohandseenP.O. Box 9 El AgouzaCairoEgypt |
| Moseco | Abdallah Bin Rawaha StreetSulaimaniya DistrictP. O. Box 193811441 RiyadhSaudi Arabia |
| MOTEC Sdn. Bhd. | Suite 9B-04, Level 9B, Wisma E&CNo. 2 Lorong Dungun KiriDamansara Heights50490 Kuala LumpurMalaysia |
| New Springs Co., LTD | 3rd Floor, No 18, Lane 34Vanbao Str.Badinh DistrictHanoi CityVietnam |
| Parinto cc | Ste. 105, Newlands Pl., Cnr. of Lois in DelyP. O. Box 728, Newlands |

| | |
|---|---|
| PAZ Logistics Ltd. | HaPaamon Building, Suite 21420 Hataas StreetPO Box 8644425 Kfar Sabaisrael |
| PT Satria Jaya Abadi | Jl. Wolter Monginsidi No. 87Kebayoran BaruJakarta 12180Indonesia |
| RA.SE.T s.r.l. | Piazza dei Navigatori 6 A00147 Romaltaly |
| Raytheon | 7700 Arlington BoulevardFalls ChurchVA 22042-2900USA |
| SAGA D.O.O. | M. Popovica 911070 BelgradeSerbia |
| Shanghai Unitech Ltd. | 603-4, Wing On House,71 Des Voeux Road C.,Central, Hong Kong |
| ST Electronics | (Info-Comm Systems) Pte Ltd.100 Juorong East Street 21ST Electronics, Jurong East BuildingSingapore 609602 |
| VASTech | 3rd Floor Building 41CSIR CampusMeiring Naude RoadLynmwoodPretoriaSouth Africa |
| Viper (Thai) co ltd. | 21/104 Royal City Ave.Bangkapi, Huay KwangBangkok 10310Thailand |
| Wonda Group (Asia) Limited | 1206 Prime Tower, 22 ChaowaidajieBEIJING 100020China |
| Xiefeng Technology Co. Ltd. | Add: 4/F., Flat BRight Time Bldg.,21-27 Playing Field RoadKowloonHong Kong |
| XTEK LTD | 25 Yallourn Street,Fyshwick,Canberra, ACT 2609,Australia |

# EXHIBIT B

Bilag nr. 2
DELACOUR Advokatfirma

# SPECTRONIC ⌇

| Topic | | | | | Date | 02 July 2007 |
|---|---|---|---|---|---|---|
| Signifikante leverandører | | | | | | |
| Participants | | | | | Name | CTM |

| Kreditorkonto | Navn | Gadenavn | Postnummer | Bynavn | Land | Kompetanceområde | |
|---|---|---|---|---|---|---|---|
| 86301377 | QM-tech maskinfabrik Aps | Åsrodevej 6B | | 8500 Grenaa | DK | Strategisk underleverandør på mekaniske komponenter | Særlige kendskab Leverandør af alle typer af produktkabinetter |
| | | | | | | | Leverer af elektronik til Loke-produkter. Elsy har design og produktionsrettighederne, mens Spedronic har salgs- og distributionsrettigheder over hele verderen undtaget Tjekkiet og Slovakiet. |
| 222580354 | Elsy spol s.r.o. | Podnikatelská 553190 11 Praha 9- BechoviceCZ | | | CZ | Strategisk underleverandør på wireless teknologi | Leverandør af Omega-produktet |
| 42024660332 | Jiri Kromar | Zárici 657, 149 00 Praha 4 - Seberov | | | CZ | Strategisk underleverandør på video teknologi | Laver printmontage på samtlige produkter |
| 87938600 | ETK Elektronik A/S | Industrivej 41, Stilling | | 8660 Skanderborg | DK | Strategisk underleverandør på vigtige del-komponenter | undtaget Loke-produkter Har designet alle Spectronic's recorder-produkter |
| 25120072 | MiTek Electronics v/Michael G. Mosevangen 1 2tv. | | | 8660 Skanderborg | DK | Strategisk underleverandør på Solid State Recorders | Producerer printplader med printbaner til samtlige produkter undtaget Loke-produktet |
| 72191700 | GPV Danprint A/S | Hagensvej 25 | | 9530 Støvring | DK | Strategisk underleverandør på vigtige del-komponenter | Har udviklet et af Spectronic's produkter - quad band modem |
| 87641100 | Hornatic A/S | Vittenvej 66 | | 8382 Hinnerup | DK | Strategisk underleverandør af udviklingsprojekter | |

C:\Documents and Settings\tek\Lokale Indstillinger\Temporary Internet Files\OLK215\Kreditorliste - 2007-07-05Sheet1

# EXHIBIT C



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Amy DiTrani, hereby certify that the document, "Court records RANDERS DISTRICT COURT • COURTS OF DENMARK January 7, 2008" is, to the best of my knowledge and belief, a true and accurate translation from Danish to English.

Amy DiTrani

Sworn to before me this

16th day of May 2008

Signature, Notary Public

Katharine L. Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012
Stamp, Notary Public

COPY

[see source for English]

[see source for English]

RANDERS DISTRICT COURT     [seal] RANDERS DISTRICT COURT • COURTS OF DENMARK

Printout from the court records

On January 7, 2008, 1:00 p.m., it was pronounced in

FS 40-4556/2007

Spectronic Denmark A/S
Skindbjergvej 44
8500 Grenaa
(hereinafter referred to as plaintiff 1)
and

DTC Communications Inc.
486 Amherst Street
Nashua, NH 03063
USA
(hereinafter referred to as plaintiff 2)
and

Domo Ltd.
Manor Court, Barnes Wallis Road
Segensworth, Hampshire, PO 155TH
United Kingdom
(hereinafter referred to as plaintiff 3)

vs.

Jimmi Møgelvang Hansen
Lyngdalvej 56
8500 Grenaa
(hereinafter referred to as defendant 1)
and

Henrik Klebæk
Storegade 31
8500 Grenaa
(hereinafter referred to as defendant 2)
and

Kent Messerschmidt
Parkvej 30
8900 Randers
(hereinafter referred to as defendant 3)
and

Covidence A/S

Åkersvej 1
8410 Rønde
(hereinafter referred to as defendant 4)
DECISION

This case was heard behind closed doors pursuant to section 29, subsection 1, number 3, of the Administration of Justice Act.

In this injunction case, which was brought before the bailiff's court on July 9, 2007, the plaintiffs have registered the following claims as regards the defendants:

Primarily:

For a period of five years from April 1, 2007, alternatively for a shorter period of time set by the bailiff's court, defendant 1, 2, 3 and 4 shall be enjoined individually and jointly in full or in part from any direct or indirect offer, sale, rental or supply of audio and video recording products and wireless audio and video surveillance products to police, military or intelligence authorities domestically and abroad.

In the alternative (in coordination):

1. For a period of five years from April 1, 2007, alternatively for a shorter period of time set by the bailiff's court, defendant 1, 2, 3 and 4 shall be enjoined individually and jointly in full or in part from any direct or indirect offer, sale, rental or supply of audio and video recording products and wireless audio and video surveillance products to the customers listed in Appendix 1.

2. For a period of five years from April 1, 2007, alternatively for a shorter period of time set by the bailiff's court, defendant 1, 2, 3 and 4 shall be enjoined individually and jointly in full or in part from cooperating with the suppliers and partners listed in Appendix 2 concerning the manufacture of audio and video recorders and wireless audio and video surveillance products for use in electronic surveillance.

It is requested that the injunction be imposed without a security, alternatively in exchange for a security set by the bailiff's court.

The defendants have insisted that the injunction request not be permitted to proceed.

This decision does not include a complete statement of claim, cf. section 218 b, cf. section 218 a, subsection 2, of the Administration of Justice Act.

**Brief statement of claim**

Plaintiff 1, Spectronic Denmark A/S (hereinafter SD) has been in the business nationally and internationally since 1983 of supplying electronic surveillance equipment to police authorities, military authorities and other government

used and will misuse technical and commercial information concerning the plaintiffs' end users. Out of consideration for the end users the plaintiffs have chosen not to reveal the end users' names. The bailiff's court finds that an injunction in accordance with the plaintiffs' primary claims would go further than consideration of the plaintiffs' claims for protection dictate. Consequently the plaintiffs' alternative claim is upheld, since it is found that the injunction should be extended to three years, corresponding to the period business secrets are relevant and have commercial significance.

The imposition of the injunction is conditional on a security being provided pursuant to section 644 of the Administration of Justice Act. With regard to the available financial information the security should be set at DKK 3 million. The security shall be provided by the date and in the manner indicated below.

The costs for the case are set during the confirmation case.

**For which reason it is decided:**

For a period of 3 years from April 1, 2007, defendant 1, 2, 3 and 4 shall be enjoined individually and jointly in full or in part from any direct or indirect offer, sale, rental or supply of audio and video recording products and wireless audio and video surveillance products for the customers listed in Appendix 1.

For a period of 3 years from April 1, 2007, defendant 1, 2, 3 and 4 shall be enjoined individually and jointly in full or in part from any direct or indirect cooperation with the suppliers and cooperating partners listed in Appendix 2 for the purpose of the manufacture of audio and video recorders and wireless audio and video surveillance products for electronic surveillance.

The injunction will be issued when the injunction plaintiffs provide a security of DKK 3 million to the Bailiff's Court by means of a bank guarantee or certified check. The security shall be provided by noon on January 14, 2008.

Astrid Lohmann Knudsen

The accuracy of the printout is confirmed.
District Court of Randers, January 8, 2008

Ulla O. Jensen, Administrative Officer

Page 3

[see source for English]

[stamp and signature of translator]

Bilag nr.

DELACOUR Advokatfirma

| Debitornavn | Adresse |
| --- | --- |
| Adaptive Digital Systems | 20322 SW Acacia St.Newport BeachCA 92660 |
| Andyteh Concept Srl | Bucuresti str.Negoiu nr 6, Bl.D12 sc, 2 et. 1 Ap. 22RO - 031126, BucharestRomania |
| ATEK Pty Ltd. | 121, Alton, RoadMount Macedon |
| Audio and Acoustics | Scholsbossenstraat 10 b4705 AG RoosendaalThe Netherlands |
| Avex B. V. | De Corridor 193521 ZA BREUKELENNetherlands |
| Baewoon Company Ltd. | Suite 1102, Samheung Bldg,705-9 Yeoksam-Dong Gangnam-GuSeoul 135-711Republic of Korea |
| Beijing d.o.o. Elect. Eng. | Candekova 23 B51000 RijekaCroatia |
| Brimtek Inc. | 43720 Trade Center Place, Suite 160 Dulles, VA USA 20166-2189 |
| BSS PREKYBA, UAB | P. Lukšio g. 708221 VILNIUSLithuania |
| Carinex Ltd. | Nagyszolos u. 51P. O. Box 19H-1518 BudapestHungary |
| Colvista Ltda. | Avenida El Dorado No. 69 C-03Piso 9Bogota DC.Colombia |
| Comercializadora White | Attn. Alberto Martinez172 Lynn LoopLaredo, TX 78045USA |
| DTC Communications, Inc. | 486 Amherst StreetNashua, NH 03063 |
| Dyplex Communications Ltd. | 107, Woodbine Downs BlvdUnits 7 & 8Etobicoke, OntarioM9W 6Y1Canada |
| Excellence Tech | PO Box 73P.C. 134Jawharat Al ShantiSultanate of Oman |
| FGH Security | 55, Edouard BraniyF-45800 Saint Jean de BrayeFrance |
| Findme Solutions | 37, Tannery Lane#05-06 Tannery HouseSingapore 347790Singapore |
| Fotovideo De Colombia S.A. | Calle 23, No. 5-96Santa Fé de BogotaColombia |
| Frassini company BVBA | Handelstraat 1 B32910 EssenBelgium |
| G&R Ltd. | ul. Srodzlennomorska 29, 02-758 WarszawaPoland |
| GammaTSE Ltd. | Unit 6, Parnell CourtEast PortwayAndoverHants, SP10 3LXUnited Kingdom |
| Gans & Pugh Associates Inc. | 690 Center Street, Suite 201Herndon, VA 20170USA |
| Geconse s.a. | C/Mota del Cuervo 7428043 MadridSpain |
| Griff Comm Ltd | Unit 31Dale Road Enterprise ParkLlandrindod WellsPowys LD1 6DFUnited Kingdom |
| GS VBS, C Technologie | Mr. Ulrich NeuhausPapiermühlestrasse 14aCH-3003 BernSwitzerland |
| Komcentra s.r.o | Dejvicka 33CZ-16000 Praha 6Czech Republic |
| LongHope Anhua Police | Suite B202, Zizhu Garden88 Zizhuyuan RoadBeijing 10089China |
| Manifest Marketing Ltd | 12D, Turst Tower68 Jonston RoadWanchaiHong Hong |
| Mass International Ltd | 1110-1113, Uni Plaza, 11 FloorI.I. Chundrigar Road74000 KarachiPakistan |
| Metco | P. O. Box 3795112 MuscatOman |
| Microtec Sicherheitstech. GmbH | Panroderstrasse 48D-55510 Hünstetten Germany |
| MIS | 9 El Gazair St. MohandseenP.O. Box 9 El AgouzaCairoEgypt |
| Moseco | Abdallah Bin Rawaha StreetSulaimaniya DistrictP. O. Box 193811441 RiyadhSaudi Arabia |
| MOTEC Sdn. Bhd. | Suite 9B-04, Level 9B, Wisma E&CNo. 2 Lorong Dungun KiriDamansara Heights50490 Kuala LumpurMalaysia |
| New Springs Co., LTD | 3rd Floor, No 18, Lane 34Vanbao Str.Badinh DistrictHanoi CityVietnam |
| Parinto cc | Ste. 106, Newlands Pl., Cnr. of Lois in DelyP. O. Box 728, Newlands |

| Company | Address |
|---|---|
| PAZ Logistics Ltd. | HaPaamon Building, Suite 21420 Hataas StreetPO Box 8644425 Kfar- Sabaisrael |
| PT Satria Jaya Abadi | Jl. Walter Monginsidi No. 87Kebayoran BaruJakarta 12180Indonesia |
| RA.SE.T s.r.l. | Piazza dei Navigatori 8 A00147 RomaItaly |
| Raytheon | 7700 Arlington BoulevardFalls ChurchVA 22042-2900USA |
| SAGA D.O.O. | M. Popovica 911070 BelgradeSerbia |
| Shanghai Unitech Ltd. | 603-4, Wing On House,71 Des Voeux Road C.,Central, Hong Kong |
| ST Electronics | (Info-Comm Systems) Pte Ltd.100 Jurong East Street 21ST Electronics, Jurong East BuildingSingapore 609502 |
| VASTech | 3rd Floor Building 41CSIR CampusMeiring Naude RoadLynnwoodPretoriaSouth Africa |
| Viper (Thai) co ltd. | 21/104 Royal City Ave.Bangkapi, Huay, KwangBangkok 10310Thailand |
| Wonda Group (Asia) Limited | 1205 Prime Tower, 22 ChaowaidajieBEIJING 100020China |
| Xiefeng Technology Co. Ltd. | Add: 4/F., Flat BRight Time Bldg.,21-27 Playing Field RoadKowloonHong Kong |
| XTEK LTD | 25 Yalloum Street,Fyshwick,Canberra, ACT 2609,Australia |

Bilag nr. 2
DELACOUR Advokatfirma

# SPECTRONIC

| | Date |
| --- | --- |
| | 02 July 2007 |
| | Navn |
| | CTM |

Topic
**Signifikante leverandører**
Participants

| Kreditorkonto Navn | Gadenavn | Postnummer Bynavn | Land | Kompetanceområde | Særlige kendskab |
| --- | --- | --- | --- | --- | --- |
| 86301377 QM-tech maskinfabrik Aps | Alsrødvej 6B | 8500 Grenaa | DK | Strategisk underleverandør på mekaniske komponenter | Leverandør af alle typer af produktkabinetter |
| 222590354 Elsy spol s r.o. | Podnikatelská 5531/90 11 Praha 9- BechoviceCZ | | CZ | Strategisk underleverandør på wireless teknologi | Leverer al elektronik til Lokke-produkter. Elsy har design og produktionsrettighederne, mens Spectronic har salgs- og distributionsrettigheder over hele verdenen undtaget Tjekkiet og Slovakiet. |
| 4202460332 Jiri Krcmar | Zátiní 667, 149 00 Praha 4 - Seberov | | CZ | Strategisk underleverandør på video teknologi | Leverandør af Omega-produktet |
| 87938500 ETK Elektronik A/S | Industrivej 41, Stilling | 8660 Skanderborg | DK | Strategisk underleverandør på vigtige del-komponenter | Laver prihtmontage på samtlige produkter |
| 25120072 MiTek Electronics v/Michael G. Mosevangen 1 2tv. | | 8660 Skanderborg | DK | Strategisk underleverandør på Solid State Recorders | Har designet alle Spectronic's recorder-produkter |
| 72191700 GPV Danprint A/S | Hagemsvej 25 | 9530 Støvring | DK | Strategisk underleverandør på vigtige del-komponenter | Producerer prihtplader med pihtbaner til samtlige produkter undtaget Lokke-produktet |
| 87641100 Homatic A/S | Vittenvej 66 | 8382 Hinnerup | DK | Strategisk underleverandør af udviklingsprojekter | Har udviklet et af Spectronic's produkter - quad band modem |

# EXHIBIT D

# DELACOUR

**To whom it may concern**

In July 2007, Spectronic Denmark A/S sought an injunction against three former employees; Jimmi Møgelvang Hansen, development director, Henrik Klebæk, senior hardware engineer, and Kent Messerschmidt, software project manager, as well as their then newly established competing company, Covidence A/S.

Covidence - engaged within the marketing of video surveillance products - employed in the early summer 2007 further three employees from Spectronic Denmark's development department.

During the case, Spectronic Denmark A/S submitted that the former employees in question via the operations of Covidence abuse Spectronic Denmark's business secrets and act contrary to fair trading practices.

On 7 January 2008, the bailiff's court of Randers issued a preliminary injunction against Jimmi Møgelvang Hansen, Henrik Klebæk, Kent Messerschmidt and Covidence's direct or indirect marketing of video recorder products as well as audio and video surveillance products for listed customers for a period of 3 years as of 1 April 2007. The bailiff's court further issued a preliminary injunction against the above parties' direct or indirect cooperation with listed suppliers and partners in the same period for the purpose of production of audio and video recorders as well as wireless audio and video surveillance products for electronic surveillance.

The bailiff's court hence found it made probable that Covidence and the three former employees, Jimmi Møgelvang Hansen, Henrik Klebæk and Kent Messerschmidt, abuse Spectronic's business secrets and act contrary to fair trading practices and thereby violate Sections 1 and 19 of the Danish Marketing Practices Act.

The case now proceeds before the civil court as a so-called confirmatory action whereby the legitimacy of the injunction is reviewed.

Spectronic Denmark has further filed a police report against the three former employees. The Danish police is currently considering the case.

DELACOUR Law Firm
Tel. (+45) 70 11 11 22
Fax. (+45) 70 11 11 33
www.delacour.dk
Company No.: 88 18 31 18

Copenhagen
Hammerensgade 1
DK-1267 København K

Aarhus
Lille Torv 6, Box 505
DK-8100 Århus C