IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:08-CV-00590 (PLF) |
| v. | ) ) ) | |
| JIMMI M. HANSEN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND
DEADLINE FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move, with Plaintiffs' consent, to extend the deadline by which Defendants must respond to Plaintiffs' complaint to July 23, 2008. The bases for the Defendants' motion are set forth in greater detail in the accompanying Memorandum.

Wherefore, the Defendants respectfully request that the Court extend the deadline by which Defendants must respond to Plaintiffs' complaint to July 23, 2008. A proposed order is attached.

    Respectfully submitted,

    */s/  John F. O'Connor*

    Steven K. Davidson (Bar No. 407137)
    John F. O'Connor (Bar No. 460688)
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 429-3000

    *Attorneys for Defendants*

June 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | ) |
| Plaintiffs, | ) No. 1:08-CV-00590 (PLF) |
| v. | ) |
| JIMMI M. HANSEN, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO
EXTEND DEADLINE FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

Defendants request that the Court extend until (and including) July 23, 2008, the deadline by which Defendants must respond to Plaintiffs' complaint in this action. In support of this motion, Defendants state as follows:

1. Plaintiffs initiated this action on or about April 7, 2008.

2. The parties appeared before the Court on April 22, 2008, on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, which the Court denied from the bench.

3. On May 2, 2008, Defendants, pursuant to a briefing schedule agreed to by the parties, filed a motion for sanctions, seeking reimbursement of the legal fees and costs incurred by Defendants in responding to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. The briefing on that motion concluded on May 25, 2008.

4. Since the time of the parties' April 22, 2008 hearing before the Court, some or all of the Defendants have been served with a copy of Plaintiffs' complaint through Hague Convention service.

5.      Defendants desire to avoid incurring immediate legal expenses in responding to Plaintiffs' complaint. In an exchange of emails on June 16 and 17, 2008 between undersigned counsel and Plaintiffs' lead counsel, B. Kevin Burke, Plaintiffs consented to extending the deadline for Defendants' response to the complaint until July 23, 2008.

Wherefore, Defendants respectfully request, with Plaintiffs' consent, that the Court extend Defendants' deadline for responding to Plaintiffs' complaint until (and including) July 23, 2008.

>                               Respectfully submitted,
>
>                               /s/ John F. O'Connor
>                               _____
>                               Steven K. Davidson (Bar No. 407137)
>                               John F. O'Connor (Bar No. 460688)
>                               STEPTOE & JOHNSON LLP
>                               1330 Connecticut Avenue, N.W.
>                               Washington, D.C. 20036
>                               (202) 429-3000
>
>                               *Attorneys for Defendants*

June 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CV-00590 (PLF) |
| ) | |
| v. ) | |
| ) | |
| JIMMI M. HANSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Consent Motion to Extend Deadline for Responding to Plaintiffs' Complaint, finds that Defendants' motion is well taken. Accordingly, the Court:

**ORDERS** that Defendants' deadline for responding to Plaintiffs' complaint is extended to, and including, July 23, 2008.

**SO ORDERED** this _____ day of June, 2008.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE