**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
SPECTRONIC DENMARK A/S, *et al.*,    )
                                                    )
                        Plaintiffs,         )        No. 1:08-CV-00590 (PLF)
                                                    )
            v.                                      )
                                                    )
JIMMI M. HANSEN, *et al.*,                )
                                                    )
                        Defendants.      )
_____)

**DEFENDANTS' CONSENT MOTION TO EXTEND
DEADLINE FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

      Defendants respectfully move, with Plaintiffs' consent, to extend the deadline by which

Defendants must respond to Plaintiffs' complaint to August 25, 2008.  The bases for the

Defendants' motion are set forth in greater detail in the accompanying Memorandum.

      Wherefore, the Defendants respectfully request that the Court extend the deadline by

which Defendants must respond to Plaintiffs' complaint to August 25, 2008.  A proposed order is

attached.

                      Respectfully submitted,

                      */s/  John F. O'Connor*

                      _____
                      Steven K. Davidson (Bar No. 407137)
                      John F. O'Connor (Bar No. 460688)
                      STEPTOE & JOHNSON LLP
                      1330 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
                      (202) 429-3000

                      *Attorneys for Defendants*

July 21, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
SPECTRONIC DENMARK A/S, *et al.*,    )
                                                )
                        Plaintiffs,            )        No. 1:08-CV-00590 (PLF)
                                                )
                v.                              )
                                                )
JIMMI M. HANSEN, *et al.*,              )
                                                )
                        Defendants.         )
_____)

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO
EXTEND DEADLINE FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

Defendants request that the Court extend until (and including) August 25, 2008, the

deadline by which Defendants must respond to Plaintiffs' complaint in this action.  In support of

this motion, Defendants state as follows:

1.      Plaintiffs initiated this action on or about April 7, 2008.

2.      The parties appeared before the Court on April 22, 2008, on Plaintiffs' Motion for

Temporary Restraining Order and Preliminary Injunction, which the Court denied from the

bench.

3.      On May 2, 2008, Defendants, pursuant to a briefing schedule agreed to by the

parties, filed a motion for sanctions, seeking reimbursement of the legal fees and costs incurred

by Defendants in responding to Plaintiffs' Motion for Temporary Restraining Order and

Preliminary Injunction.  The briefing on that motion concluded on May 25, 2008.

4.      Since the time of the parties' April 22, 2008 hearing before the Court, some or all

of the Defendants have been served with a copy of Plaintiffs' complaint through Hague

Convention service.

5.      Defendants desire to avoid incurring immediate legal expenses in responding to Plaintiffs' complaint.  In an exchange of emails on July 18 and 21, 2008 between undersigned counsel and Plaintiffs' lead counsel, B. Kevin Burke, Plaintiffs consented to extending the deadline for Defendants' response to the complaint until August 25, 2008.

Wherefore, Defendants respectfully request, with Plaintiffs' consent, that the Court extend Defendants' deadline for responding to Plaintiffs' complaint until (and including) August 25, 2008.

Respectfully submitted,

*/s/  John F. O'Connor*

Steven K. Davidson (Bar No. 407137)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendants*

July 21, 2008

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:08-CV-00590 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| JIMMI M. HANSEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

### [PROPOSED] ORDER

The Court, having considered Defendants' Consent Motion to Extend Deadline for

Responding to Plaintiffs' Complaint, finds that Defendants' motion is well taken.  Accordingly,

the Court:

**ORDERS** that Defendants' deadline for responding to Plaintiffs' complaint is extended

to, and including, August 25, 2008.

**SO ORDERED** this _____ day of July, 2008.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE