IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRONIC DENMARK A/S, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CV-00590 (PLF) |
| ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | PURSUANT TO FED. R. |
| JIMMI M. HANSEN, *et al.*, ) | OF CIV. PRO. 41(a)(1)(i) |
| ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**TAKE NOTICE** that Plaintiffs SPECTRONIC DENMARK A/S, DTC COMMUNICATIONS, INC. and DOMO, LTD. dismiss this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: August 11, 2008

JAECKLE FLEISCHMANN & MUGEL, LLP

By _____
B. Kevin Burke, Jr.
12 Fountain Plaza
Buffalo, New York 14202
Telephone: 716.856.0600
Facsimile: 716.856.0432

**McKOOL SMITH LLP**
Michael G. McManus (Bar No. 493422)
1700 K Street, NW
Suite 740
Washington, D.C. 20006
Telephone: 202.370.8301
Facsimile: 202.370.8344

*Attorneys for Plaintiffs Spectronic Denmark A/S,
DTC COMMUNICATIONS, INC., and DOMO, LTD.*

867271